Exhibit 1

Dockets.Justia.com

# compete

72wk96@elknet.net  upgrade to  help  logout

**About Compete.com**

**About the Company**

- Management
- Careers
- Events

Compete is a new breed of web analytics company. We have a diverse sample of 2,000,000+ U.S. Internet users that have given us permission to analyze the web pages they visit and ask them questions via surveys. We're betting that the insights we create from consumers' online behavior - whether they're watching, searching, shopping or socializing - is valuable for companies who are looking to radically improve their marketing. We think that web analytics means analyzing what consumers do across the entire web, not just what they do within a particular site, and that marketers can use this rich information across the entire company, not just for online media planning or site design decisions.

Powered by the largest pool of online consumer behavior data in the industry, Compete.com is the only online competitive intelligence service that combines site and search analytics in one site to help you quickly master online marketing. With Compete.com, you can identify rival search marketing strategies to take your SEM and SEO efforts to the next level, and stay on top of rivals with site metrics and audience profiles.

Learn more about Compete's self-service tools by selecting a service from the list below:

**Compete Site Profile™**
Provides free information for every site on the Internet including site traffic history and competitive analytics; a list of available promotional codes across thousands of online retailers; and site-specific trust scores based on up-to-the-minute data from Compete and third party security services.

**Compete Search Analytics™**
It's your starting point to build and optimize search marketing campaigns that create brand awareness, drive site traffic and increase sales. Use Compete Search Analytics to discover keywords driving traffic to any domain, identify gaps in your search strategy, invest in terms that drive the most engaged visitors, and track your performance against competitors and peers.

**Compete Referral Analytics™**
Provides powerful traffic referral and destination data that you can use to drive online marketing. Learn where visitors go when they leave your site, hone in on the best advertising and partnership opportunities, and identify new competitive threats with Compete Referral Analytics.

**Compete Ranked Lists™**
Provides lists of the most popular sites across the Internet, ranked by any metric available on Compete.com. Use Compete Ranked Lists to better judge your site's presence in the context of its peers, find new domains to partner with or analyze Internet trends on a macro level.

**Compete Blog™**
Highlights how people are using the Internet and where interesting, useful sites can be found. The Compete blog is one of the premier blogs on the web and has been recognized for its timely, entertaining and fun commentary across a wide range of topics.

**Compete Tools™**
A collection of tools that make it easier for users to bring the power of Compete Site Analytics to their desktops. Designed for both Internet Explorer and Firefox, the tools provide users real-time access to the same information found on Compete Site Analytics.

Developers  Buzz & Press  About  Contact Us  Tell a Friend  Compete, Inc
© 2000 - 2009  Compete, Inc  ·  Terms of Service  ·  Privacy Policy



# Where does Compete's data come from?

### Bigger, more diverse, more actionable online data

Since we started Compete, we have been continuously updating the quality and consistency of our data. With clickstream data available since 2002, and 10 terabytes of new data arriving monthly, we have amassed and organized hundreds of terabytes of daily consumer digital behavior from a dynamic panel of 2 million consumers. But for an industry overloaded with data, how do we make sure our clients' research investments generate a measurable impact on marketing ROI? How do we connect the dots from audience research and media planning to quantifiable engagement and sales outcomes?

### When it comes to online panels, size matters

Compete manages the largest panel of its kind in the industry, combining the online behaviors and attitudes from 2 million consumers across the United States. Our online panel is comprised of a statistically representative cross-section of consumers who have given permission to have their internet clickstream behaviors and opt-in survey responses analyzed anonymously as a new source of marketing research. The Compete panel is several times larger than traditional panels, which means that we help clients measure and benefit from more insights.

### Panel representativeness depends on panelist diversity

Compete has pioneered the use of "panel multi-sourcing" to create our panel. This approach is unique in the industry and enables Compete to maintain a large, highly diverse and representative consumer panel. Panel multi-sourcing involves integrating online consumer

### Frequently Asked Data Questions:

- What are the strengths of Compete's data?
- What is clickstream data?
- How does Compete protect the privacy of its panel members?
- Why is it important to have a large panel?
- How does Compete estimate site traffic?
- How are Compete metrics different from Alexa, comScore, Hitwise and Nielsen/NetRatings?
- Why are diverse panel sources important?
- What is the value of precise Unique Visitor estimates compared to rankings and shares?
- Why doesn't Compete's estimate of site visitors match my local analytics?
- How are Compete Unique Visitors counts different than Unique Visitors reported by log files and local web analytics tools?
- How does Compete normalize its data?
- Why do Compete data not include international Internet users?
- How does Compete measure the web sites it reports on, why can't I see my

behavior data from proprietary panels with the same data from licensed clickstream partnerships. Our sources differ by collection, geography, browser, target audiences, and other variables. Without diverse sources, source bias cannot be identified or remedied. Diverse panel sources also allow us to better represent the actual internet browser population with our sample. Compete recruits proprietary panelists directly by inviting consumers to install our clickstream collection software in order to participate in our panel. In addition, Compete has clickstream-sharing partnerships with Internet Service Providers and Application Service Providers, which provide additional granularity to Compete's base of proprietary panelists. Our panel methodology merges these two major sources of data into a single, statistically representative consumer panel. Compete's methodology uses the multiple individual sources that comprise our panel to normalize, calibrate, and project accurate audience and engagement metrics. No other panel can represent highly fragmented online audiences as effectively as the Compete panel.



COMPETE MASTER PANEL



COMPETE PRODUCT OFFERINGS

## Not all data are created equal.

Compete is committed to providing marketers with the most actionable digital intelligence in the industry.