Exhibit 2

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 1 of 3   Document 1-3

Dockets.Justia.com

**Websites getting traffic from keyword "beverly stayart"** - Compete ... - 6:12am
Compete Search Analytics is a must have SEO and SEM tool that sheds light on your
competitors search and keyword strategy, and helps you optimize your ...
searchanalytics.compete.com/keyword_destination/**beverly**%20**stayart** - 29k -
Cached - Similar pages -

**1** 2 3 4 5 6 7 8 9 10     **Next**

➕Add a result - See all my SearchWiki notes - See all notes for this SearchWiki - Learn more

beverly stayart          Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

register help login

compete

Site Referrals Keyword Destination Compare Sites

Find out which websites get the most clicks from a keyword:

Term beverly stayart Go!

Broad Match Exact Match

**Sample The Top Five Results Below** -or- **Unlock Full Access Now**

Report Overview

| | |
|---|---|
| Search term | beverly stayart (exact match) |
| Time frame | 2009-01-15 to 2009-04-15 |
| Available results | 8 domains |
| Displaying | 1 - 5 \| Access: all 8 domains |

| Volume Rank | Destination Website | % Total Keyword Volume | % of Site's Search Traffic | Average Monthly Search Referrals |
|---|---|---|---|---|
| 1 | facebook.com | 28.58% | 0.00% | 190,195,333 |
| 2 | domaintools.com | 27.76% | 0.02% | 3,754,606 |
| 3 | hyped.nl | 12.17% | 13.00% | 1,126 |
| 4 | searchenginewatch.com | 9.31% | 0.04% | 522,741 |
| 5 | nonotagain.com | 9.31% | 44.89% | 428 |

Expecting more? There are 8 results available!

Sign Up today and get the entire report.

**Compete's Search Analytics is the starting point of search marketing campaigns that build brand awareness, drive traffic and increase sales.**

Find the gaps in competitors SEO and SEM strategies

See who you are competing with on specific keywords and phrases

Benchmark your search marketing performance to the competition

Generate robust keyword lists from data on 19 million terms and 3 million sites

Developers Buzz & Press About Contact Us Tell a Friend Compete, Inc

© 2000 - 2009 Compete, Inc - Terms of Service - Privacy Policy

