Exhibit 3

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 1 of 3   Document 1-4

Dockets.Justia.com

Web　Images　Maps　News　Video　Gmail　more ▼

bevs118@gmail.com | Web History | My Account | Sign out

　beverly stayart　　　　　　　　　　　[Search]　Advanced Search
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Preferences

Web　Show options...　　　　　　　　Results **1 - 10** of about **451** for **beverly stayart**. (**0.19** seconds)

→　Websites getting traffic from keyword "**beverly stayart**" - Compete ...　- 9 visits - May 11
Compete Search Analytics is a must have SEO and SEM tool that sheds light on your
competitors search and keyword strategy, and helps you optimize your ...
searchanalytics.compete.com/keyword_destination/**beverly**%20**stayart** - 29k -
Cached - Similar pages -

Beverly "Bev" **Stayart** files lawsuit against Yahoo, Alta Vista ...　- 5 visits - Apr 2
Typically, when one is concerned about what links to one's name on internet search engines,
and the quality of the links associated with ...
www.popehat.com/2009/02/17/**beverly-stayart**-and-the-art-of-search-engine-optimization/ -
42k - Cached - Similar pages -

**Beverly Stayart** stories at Techdirt.　- 4 visits - Apr 8
Feb 17, 2009 ... stories filed under: "**beverly stayart**" ... an important figure and the only one in
the world with her name (**Beverly Stayart** or Bev **Stayart**), ...
www.techdirt.com/blog.php?tag=**beverly**+**stayart** - 27k - Cached - Similar pages -

Technology & Marketing Law Blog: Yahoo/Overture Sued for Search ...　- 3 visits - Apr 8
Feb 16, 2009 ... Perhaps more remarkable is that Bev **Stayart** claims she is the only "Bev
**Stayart**" and "**Beverly Stayart**" on the Internet (para. ...
blog.ericgoldman.org/archives/2009/02/yahoooverture_s.htm - 27k -
Cached - Similar pages -

**Stayart** v. Yahoo! Inc et al :: Justia News　- 9 visits - Apr 18
Feb 5, 2009 ... February 5, 2009, 1, COMPLAINT (Summons' issued) filed by **Beverly Stayart**
against all defendants. Consent Forms Distributed for Magistrate ...
news.justia.com/cases/featured/wisconsin/wiedce/2:2009cv00116/49143/ - 24k -
Cached - Similar pages -

Blawgosphere Search　- 2 visits - Feb 15
May 1, 2009 ... There were 440 results for '**Beverly Stayart**' ... Last Friday Demaio beat up
another man in a **Beverly**, Massachusetts park causing him to ...
www.blawg.com/NewBlawgSearch.aspx?search=**Beverly**+**Stayart** - 43k -
Cached - Similar pages -

**Beverly Stayart** stories at Techdirt.　- 3 visits - Apr 28
stories filed under: "**beverly stayart**". Legal Issues. by Mike Masnick ... and the only one in the
world with her name (**Beverly Stayart** or Bev **Stayart**), ...
epsilon.techdirt.com/blog.php?tag=**beverly**+**stayart**&site=index - 28k -
Cached - Similar pages -

Yahoo Sued For Showing Spam Pages About Person's Name
Feb 17, 2009 ... Plaintiff searches for her name in Yahoo: **Beverly Stayart** ... First, if there is
or has been even one other Bev or **Beverly Stayart** in the ...
searchengineland.com/yahoo-sued-for-showing-spam-pages-about-**beverly**-16601 - 41k -
Cached - Similar pages -

DC Perry　- 6 visits - Apr 18
This affront to the fine and noble name of **Beverly Stayart** could not go ... There is no way any
of this is attention whoring on the part of **Beverly Stayart**. ...
www.dcperry.com/ - 52k - Cached - Similar pages -



72wk96@elknet.net upgrade to help logout

compete

Site Referrals Keyword Destination Compare Sites

Find out which websites get the most clicks from a keyword:

Term beverly stayart Go!

Broad Match Exact Match

Reports You've Run Today

You have not run any Analytics reports today. View your complete report history.

The results below is just a sample!

Unlock full reports with Compete pro ->

Submit Feedback

Tell us how to improve! We appreciate all feedback, feature requests and bug reports.

Tell us what you think.

Report Overview

| | |
|---|---|
| Search term | beverly stayart (exact match) |
| Time frame | 2009-02-11 to 2009-05-12 |
| Available results | 8 domains |
| Displaying | 1 - 5 \| Access: all 8 domains |

| Volume Rank | Destination Website | % Total Keyword Volume | % of Site's Search Traffic | Average Monthly Search Referrals |
|---|---|---|---|---|
| 1 | facebook.com | 28.58% | 0.00% | 190,195,333 |
| 2 | domaintools.com | 27.76% | 0.02% | 3,754,606 |
| 3 | hyped.nl | 12.17% | 13.00% | 1,126 |
| 4 | searchenginewatch.com | 9.31% | 0.04% | 522,741 |
| 5 | nonotagain.com | 9.31% | 44.89% | 428 |

Expecting more? There are 8 results available!
Sign Up today and get the entire report.

"...essential for people looking to develop competitive research into what, where and how consumers are searching online..."
*-Aaron Wall, SEOBook* SEOBOOK

Developers Buzz & Press About Contact Us Tell a Friend Compete, Inc

© 2000 - 2009 Compete, Inc - Terms of Service - Privacy Policy