Exhibit 5

Dockets.Justia.com

Hi, Guest  Sign In  Help                                                    Make Yahoo! your homepage   Mail

Web  Images  Video  Local  Shopping  More

Bev Stayart                                                      [ Search ]  Options

Search Pad

SearchScan - On

1,630 results for
Bev Stayart:

Show All

LinkedIn

Also try: bev stayart levitra,  More...

**Bev Stayart | Gather**
Bev Stayart is an experienced genealogist with a special interest in Native American ancestry. ... Bev Stayart can trace her ancestors to early Colonial America. ...
bevstayart.gather.com - Cached

**Bev Stayart 's Resume (Last updated August 10th 2009)**
... for Bev Stayart ... To learn more about Bev Stayart and her hobby of photography, ... Bev Stayart lives near Lake Geneva, Wisconsin, which hosts many antique ...
bevstayart.emurse.com - Cached

**Bev Stayart's VisualCV - Bev Stayart**
Bev Stayart is an experienced genealogist with a special interest in Native American ancestry. ... To learn more about Bev Stayart and her hobby of photography, ...
www.visualcv.com/bevstayart - Cached

**Bev Stayart stories at Techdirt.**
stories filed under: "bev stayart" Legal Issues. by Mike Masnick. Tue, Sep ... links could reasonably conclude that Bev Stayart endorsed the products at issue. ...
techdirt.com/blog.php?tag=bev+stayart - Cached

**BusinessCard2.com | Bev Stayart Elkhorn WI 0**
... card. Bev Stayart's Card. Bev Stayart. Additional Information ... Bev Stayart's Profile. Create your own BusinessCard2! © 2009 Workface Inc. About. IP Notice ...
bevstayart.businesscard2.com - Cached

**Bev Stayart - Wink**
Profile of Bev Stayart on Wink. Wink is a people search engine that helps users like Bev Stayart find people on social networks and across the Web
wink.com/p/Bev-Stayart - Cached

**Bev Stayart - LinkedIn**
View Bev Stayart's professional profile on LinkedIn. ... To learn more about Bev Stayart and her genealogical research, please visit www.saponitown.com. ...
www.linkedin.com/in/bevstayart - Cached

**Mrs. Bev Stayart - CFO and Director of Business Development ...**
Mrs. Bev Stayart - Want to learn about me? Read my profile here! ... In 2007, WFAD honored Bev Stayart with an Award recognizing her contribution to ...
www.naymz.com/bev_stayart_2459555 - Cached

**bigsight.org | Bev Stayart - new to bigsight - Elkhorn, Wisconsin**
bigsight.org profile for Bev Stayart - Elkhorn, Wisconsin - new to bigsight ... Bev Stayart's hobbies include hiking, bicycling, wildlife watching, photography, ...
bigsight.org/bev_stayart - Cached

**Bev Stayart - Elkhorn - Legal Services - Biznik**
Check out the Biznik profile of Bev Stayart , a Legal Services in Elkhorn ... To learn more about Bev Stayart and her genealogical research, please visit www. ...
biznik.com/members/bev-stayart/about - Cached

Also try: bev stayart levitra

1  2  3  4  5  6  7  8  9  10  11  [ Next > ]

Bev Stayart                                                      [ Search ]

© 2009 Yahoo!  Help · Page Tour · Privacy / Legal · About Our Ads · Submit Your Site
SearchScan displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings

12/17/09
2:00 p.m -