Exhibit 6

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 1 of 3   Document 1-7

Dockets.Justia.com

Hi, Guest  Sign In  Help                                      Make Yahoo! your homepage  Mail

Web  Images  Video  Local  Shopping  More
**Bev Stayart**                                                [Search]  Options

**Search Pad**

**SearchScan - On**

**1,400** results for
**Bev Stayart:**

**Show All**

LinkedIn

Also try: **bev stayart** levitra,  More...

**Bev Stayart | Gather**
**Bev Stayart** is an animal protection activist. She is a member of many animal rights organizations. She has organized, coordinated and participated in count
bevstayart.gather.com - Cached

**Bev Stayart** - LinkedIn
**Bev Stayart** is an experienced genealogist with a special interest in Native American ancestry. ... Additionally, **Bev Stayart** has been a leader in the campaign to stop the annual ...
www.linkedin.com/in/bevstayart - Cached

**Bev Stayart's** VisualCV
**Bev Stayart** has spoken out and coordinated demonstrations to expose factory farm and ... **Bev Stayart** studied piano as a child and has a lifelong interest in all types of music.
...
www.visualcv.com/bevstayart - Cached

**Bev Stayart** - Wink
Profile of **Bev Stayart** on Wink. Wink is a people search engine that helps users like **Bev Stayart** find people on social networks and across the Web
wink.com/p/Bev-Stayart - Cached

**Bev Stayart** on BigSight
bigsight.org profile for **Bev Stayart** - Elkhorn, Wisconsin - new to bigsight
bigsight.org/bev_stayart - Cached

**Bev Stayart** stories at Techdirt.
**Stayart** alleges that her name has commercial value, but it is clear that ... these links could reasonably conclude that **Bev Stayart** endorsed the products at issue. ...
techdirt.com/blog.php?tag=bev+stayart - Cached

Mrs. **Bev Stayart** - CFO and Director of Business Development ...
**Bev Stayart** actively supports several non-profit organizations, ... In 2007, WFAD honored **Bev Stayart** with an Award recognizing her contribution to the 25th ...
www.naymz.com/bev_stayart_2459555 - Cached

BusinessCard2.com | **Bev Stayart** Elkhorn WI 0
... this card. **Bev Stayart's** Card. **Bev Stayart**. Additional Information ... **Bev Stayart's** Profile. Create your own BusinessCard2! © 2010 Workface Inc. About. IP Notice. Terms of Use ...
bevstayart.businesscard2.com - Cached

**Bev Stayart** 's Resume
An online web resume for **Bev Stayart** ... **Bev Stayart** lives in Elkhorn, Wisconsin, where **Bev Stayart** has many opportunites to photograph wildlife and the natural environment. ...
bevstayart.emurse.com - Cached

**Bev Stayart** - Elkhorn - Legal Services - Biznik
Check out the Biznik profile of **Bev Stayart** , a Legal Services in Elkhorn
biznik.com/members/bev-stayart/about - Cached

*[handwritten: 1/14/10  6:27 a.m.]*

Also try: **bev stayart** levitra

**1**  2  3  4  5  6  7  8  9  10  11  Next >

Bev Stayart                                        [Search]

© 2010 Yahoo!  Help - Page Tour - Privacy / Legal - About Our Ads - Submit Your Site
SearchScan displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 2 of 3   Document 1-7
http://search.yahoo.com/search?p=Bev+Stayart&toggle=1&cop=mss&ei=UTF-8&fr=yfp-t...   1/14/2010

Hi, **Guest**   Sign In   Help　　　　　　　　　　　Make Yahoo! your homepage　　Mail

**Web**   Images   Video   Local   Shopping   More

**Bev Stayart**　　　　　　　　　　　[ Search ]   Options

**Search Pad**

**SearchScan - On**

1,380 results for
**Bev Stayart:**

- Show All
- Bloglines
- Yahoo! Local

**Also try: bev stayart levitra,   More...**

### Bloglines | Search: Beverly Stayart
to hold search engines responsible for others' speech comes courtesy of Beverly **Stayart**. Yes, the one and only **Bev Stayart** (according to her...
www.**bloglines**.com/search?q=Beverly+Stayart - 52k - Cached

### Saponitown Forum - Conversation Between Linda and Bev Stayart
This is a discussion forum for research of historical and genealogical data concerning the Siouan people (Saponi) of the NC VA Piedmont
www.**saponitown**.com/forum/converse.php?u=315&u2=1049 - Cached

### bev: Naymz People Search
**bev** - Results matching '**bev**' ... Mrs. **Bev Stayart**. Elkhorn, Wisconsin - United States. CFO and Director of Business Development @ **Stayart** Law Offices. Repscore: 5 ...
www.**naymz**.com/directory/**bev** - 137k - Cached

### Billiards in Elkhorn, WI on Yahoo! Local
Billiards in Elkhorn, WI on Yahoo! Local Get Ratings & Reviews on Billiards with Photos, Maps, Driving Directions and more.
local.**yahoo**.com/WI/Elkhorn/Entertainment+Arts/.../Billiards - Cached

### Profilactic.com - Results for to kill a mockingbird
St. Louis, State (Country) stella117. Stella Louise. Female / Age. Los ... **Bev Stayart**. Female / Age. Elkhorn, WI (Country) Preventing an online identity crisis ...
**profilactic**.com/tagresult.jspc?tagText=to+kill+a+mockingbird - Cached

### Techdirt's notes | Facebook
Facebook is a social utility that connects people with friends and others who work, study ... world with her name (Beverly **Stayart** or **Bev Stayart**), and was greatly upset to ...
en-gb.**facebook**.com/note.php?note_id=75863724288&ref=mf - Cached

### Techdirt: Woman Sues Yahoo Because Search On Her Name Links ...
Facebook ist ein soziales Netzwerk, das Menschen mit ihren Freunden, Arbeitskollegen, Kommilitonen und ... with her name (Beverly **Stayart** or **Bev Stayart**), and was greatly upset ...
de-de.**facebook**.com/note.php?note_id=75863724288&ref=mf - Cached

### Who Posted? - The Patriot Files Forums
The Patriot Files :: Dedicated to the preservation of military history ... Who Posted? Total Posts: 3. User Name. Posts. David. 1. Boats. 1. **Bev Stayart**. 1. Show Thread & Close Window ...
www.**patriotfiles**.com/forum/misc.php?do=whoposted&t=109700 - Cached

### Feeding Hummers & Butterflies - FM Forums
**Bev Stayart** wrote: Lovely photo. I hope you attract a lot of ... Hey **Bev** thank you and I hope I do also but if this flower takes I know they will ...
www.**fredmiranda**.com/forum/topic/803644 - Cached

### Style And Practicality Of Viking Ranges | French Cooking Board
**Bev Stayart**. Fresh Boarder. Posts: 6. Rating: 0. Posted 4 Months, 1 Week ... I have never owned a Viking range, but I have seen them featured in many magazine ...
**frenchcookingboard**.com/style-and-practicality-of-viking-r... - 64k - Cached

**Also try: bev stayart levitra**

< Prev   1   2   3   4   **5**   6   7   8   9   10   11   Next >

**Bev Stayart**　　　　　　　　　　　[ Search ]

*1/14/10*
*6:29 a.m.*

© 2010 Yahoo   Help - Page Tour - Privacy - Legal - About Our Ads - Submit Your Site
SearchScan displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.