Exhibit 7

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 1 of 2   Document 1-8

Dockets.Justia.com

Hi, Guest   Sign In   Help

Make Yahoo! your homepage   Mail

Web   Images   Video   Local   Shopping   More

bev stayart levitra                                                                                   [ Search ]   Options

Search Pad

SearchScan - On

399 results for
bev stayart levitra:

Show All

☐ Scribd

**Stayart Decision and Order (041-ECF)**
"Bev Stayart" has commercial value ... on February bev stayart on march th. ... Stayart) with the sexual dysfunction drugs Cialis, Viagra and Levitra on its ...
scribd.com/doc/19284103/Stayart-Decision-and-Order-041ECF - 104k - Cached

**Viagra Cialis Levitra Comparison Dosages, 76% discount for ...**
Buy geninue Lilly Icos Cialis without prescription US certified pharmacy store ... Bev stayart on the health, and that she had n't used in a many album, or public ...
demodemo.com/.store/cialis-online/viagra-cialis-levitra-c... - Cached

**Attorney Cialis Injury Ohio, 69% off on Cialis 5,20,50 mg pills**
... tadalafil reviews, cialis and levitra viagra order pharmacy, billig ... Bev stayart on the constitu-, and that she had now associated in a psychological ...
demodemo.com/.store/.../attorney-cialis-injury-ohio.php - Cached

**Cialis Best Price, cialis from india mt tadalafil, cialis ...**
cialis cheapest lowest price, order cialis online dream pharmaceutical, best ... online viagra levitra cialis: bev stayart on the limb, and that she had totally ...
unglobalcompact.org/.../cialis-online/cialis-best-price.php - Cached

**Cialis Viagra Levitra Which Is Best, 69% discount on Cialis**
... a, achy back cialis from jogging, cialis levitra pharmacy viagra, free cialis ... Bev stayart on the 'non-sexual, and that she had often assigned in a simple ...
omoriginals.com/.../cialis-viagra-levitra-which-is-best.php - Cached

**Cialis Sweet, over the counter cialis london, 1 cialis ...**
... w master card, viagra cialis levitra chatrooms, order cialis on line, cialis ... Cialis europe, bev stayart on the rest, and that she had often run in a great ...
www.datesandlove.com/.store/cialis-online/cialis-sweet.php - Cached

**Cialis Pills Women Effects, 80% off for Cialis pills**
viagra levitra cialis side effects: adam searched out a retropubic picture, his ... Bev stayart on the reform, and that she had totally damaged in a bacterial ...
naschip.org/.../cialis-online/cialis-pills-women-effects.php - Cached

**36 Hours Lasts Cialis Medical Online, 75% off for Cialis pills**
Buy geninue generic Lilly Icos Cialis Pills without prescription in FDA approved ... Bev stayart on the everything, and that she had back given in a foregoing name, ...
michaelcoren.com/.store/cialis-online/... - Cached

**Cialis Overnigh, 80% discount on Cialis 5,20,50 mg pills**
Bev stayart on the impotence, and that she had before involved in a flush show, ... Ibuprofen cialis levitra, anatomically, these inflicted to be weaker amounts, ...
danielsmithbassoon.com/.../cialis-online/cialis-overnigh.php - Cached

**Cialis Viagra Cialis Levitra, 73% off on Cialis pills**
... cialis cheap, caverta levitra cialis veega lozenges propecia, ... Bev stayart on the tissue, and that she had originally known in a chronic order, ...
cariblink.net/.info/.../cialis-viagra-cialis-levitra.php - Cached

Sponsored Results

Purchase 20 Mg Levitra Online
Online Levitra Pharmacy! Licensed Doctors & Online Prescriptions.
www.Levitra.kwikmed.com

See your message here...

Sponsored Results

Purchase 20 Mg Levitra Online
Online Levitra Pharmacy! Licensed Doctors & Online Prescriptions.
www.Levitra.kwikmed.com

1  2  3  4  5  6  7  8  9  10  11  Next >

bev stayart levitra                                [ Search ]

12/17/09
2:00 p.m.

© 2009 Yahoo!   Help - Page Tour - Privacy / Legal - About Our Ads - Submit Your Site
SearchScan displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.