Exhibit 8

Dockets.Justia.com

**Web**   Images   Videos   Maps   News   Shopping   Gmail   more ▼          Web History | Search settings | Sign in

Google   | Bev Stayart                            |   Search     Advanced Search

**Web**      Show options...                    Results **1 - 10** of about **31,500** for **Bev Stayart**. (**0.25** seconds)

Beverly "**Bev**" **Stayart** files lawsuit against Yahoo, Alta Vista ...
Feb 17, 2009 ... Typically, when one is concerned about what links to one's name on internet
search engines, and the quality of the links associated with ...
www.popehat.com/.../**beverly-stayart**-and-the-art-of-search-engine-optimization/ -
Cached - Similar

**Bev Stayart** 's Resume
**Bev Stayart** is an experienced genealogist with a special interest in Native American ancestry.
To learn more about **Bev Stayart** and her genealogical research ...
bevstayart.emurse.com/ - Cached - Similar

Beverly **Stayart** stories at Techdirt.
Sep 1, 2009 ... Earlier this year, we wrote about a woman named **Beverly Stayart**, who had
sued Yahoo over what she found when she did a search on her name. ...
www.techdirt.com/blog.php?tag=**beverly+stayart** - Cached - Similar

Image results for **Bev Stayart** - Report images

    

Saponitown Forum - View Profile: **Bev Stayart**
About **Bev Stayart**. Biography: I am interested in animal rights. We have three dogs and
provide a sanctuary in our yard where we feed all wild creatures. ...
www.saponitown.com › Saponitown Forum › Members List - Cached - Similar

Technology & Marketing Law Blog: Yahoo/Overture Sued for Search ...
Feb 16, 2009 ... **Bev Stayart** appears to be proud of her accomplishments. ... For example,
she searched for "**Beverly Stayart**" in Yahoo and got the following ...
blog.ericgoldman.org/archives/2009/.../yahoooverture_s.htm - Cached - Similar

**Bev Stayart's** VisualCV - **Bev Stayart**
**Bev Stayart** is an animal protection activist. She is a member of many animals rights
organizations. She has organized, coordinated and participated in ...
www.visualcv.com/**bevstayart** - Cached - Similar

**Bev Stayart** - LinkedIn
Greater Milwaukee Area - CFO and Director of Business Development at Stayart Law Offices
View **Bev Stayart's** professional profile on LinkedIn. LinkedIn is the world's largest business
network, helping professionals like **Bev Stayart** discover ...
www.linkedin.com/in/**bevstayart** - Cached - Similar

**Bev Stayart**, Legal Services, Elkhorn | Wapr
Aug 26, 2009 ... View **Bev Stayart's** professional profile on Wapr. Wapr - A Business network
for small medium businesses & professionals.
www.wapr.com/professional/**Bev_Stayart** - Cached - Similar

**Bev Stayart** - Billiards Forum Profile


*1/17/10*
*1:05 p.m.*

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 2 of 3   Document 1-9

**Bev Stayart** - Billiards Forum Profile. **...** RSS feed for **Bev Stayart's** posts. Opens In New
Window or Tab **...** find all non-archived posts by **Bev Stayart ...**
www.billiardsforum.info/forum/pop_profile.asp?id=1885&mode... - Cached

**Beverly Stayart** Supports Seals, Not Cialis: Section 230, Search **...**
Sep 10, 2009 **...** The latest attempt to hold search engines responsible for others' speech
comes courtesy of **Beverly Stayart**. Yes, the one and only Bev **...**
www.citmedialaw.org/.../**beverly-stayart**-supports-seals-not-cialis-section-230-search-
engines-and-vanity-queries - Cached - Similar

1 2 3 4 5 6 7 8 9 10    **Next**

---

Bev Stayart                                    Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve -
Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google