Exhibit 9

Case 2:10-cv-00043-PJG    Filed 01/19/10    Page 1 of 3    Document 1-10

Dockets.Justia.com

 Web   Images   News                                Family Filter: **off**   Help

Bev Stayart        [FIND]   Advanced Search / Settings

**SEARCH:** ○ Worldwide  ● USA    **RESULTS IN:** ● All languages  ○ English, Spanish

AltaVista found 1,530 results

### Bev Stayart | Gather
**Bev Stayart** is an animal protection activist. She is a member of many animal rights organizations. She has organized, coordinated and participated in count
bevstayart.gather.com
More pages from bevstayart.gather.com

### Bev Stayart - LinkedIn
**Bev Stayart** is an experienced genealogist with a special interest in Native American ancestry. ... Additionally, **Bev Stayart** has been a leader in the campaign to stop the annual ...
www.linkedin.com/in/bevstayart
More pages from linkedin.com

### Bev Stayart's VisualCV - Bev Stayart
**Bev Stayart** has spoken out and coordinated demonstrations to expose factory farm and ... **Bev Stayart** studied piano as a child and has a lifelong interest in all types of music. ...
www.visualcv.com/bevstayart
More pages from visualcv.com

### Bev Stayart - Wink
Profile of **Bev Stayart** on Wink. Wink is a people search engine that helps users like **Bev Stayart** find people on social networks and across the Web
wink.com/p/Bev-Stayart
More pages from wink.com

### bigsight.org | Bev Stayart - new to bigsight - Elkhorn, Wisconsin
bigsight.org profile for **Bev Stayart** - Elkhorn, Wisconsin - new to bigsight
bigsight.org/bev_stayart
More pages from bigsight.org

### Bev Stayart stories at Techdirt.
**Stayart** alleges that her name has commercial value, but it is clear that ... these links could reasonably conclude that **Bev Stayart** endorsed the products at issue. ...
techdirt.com/blog.php?tag=bev+stayart
More pages from techdirt.com

### Mrs. Bev Stayart - CFO and Director of Business Development ...
**Bev Stayart** actively supports several non-profit organizations, ... In 2007, WFAD honored **Bev Stayart** with an Award recognizing her contribution to the 25th ...
www.naymz.com/bev_stayart_2459555
More pages from naymz.com

*1/17/10*
*1:06 p.m.*

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 2 of 3   Document 1-10

BusinessCard2.com | **Bev Stayart** Elkhorn WI 0
... this card. **Bev Stayart's** Card. **Bev Stayart**. Additional Information ... **Bev Stayart's** Profile. Create your own BusinessCard2! © 2010 Workface Inc. About. IP Notice. Terms of Use ...
bevstayart.businesscard2.com
More pages from bevstayart.businesscard2.com

**Bev Stayart** 's Resume
An online web resume for **Bev Stayart** ... **Bev Stayart** lives in Elkhorn, Wisconsin, where **Bev Stayart** has many opportunites to photograph wildlife and the natural environment. ...
bevstayart.emurse.com
More pages from bevstayart.emurse.com

**Bev Stayart** - Elkhorn - Legal Services - Biznik
Check out the Biznik profile of **Bev Stayart**, a Legal Services in Elkhorn
biznik.com/members/bev-stayart/about
More pages from biznik.com

**Result Pages:**   1  2  3  4  5  6  7  8  9  10  Next >>                Back To Top

[ Bev Stayart ]   [ FIND ]

Another great way to search. Try Yahoo! Answers

Business Services   Submit a Site   About AltaVista   Privacy Policy   Help

© 2007 Overture Services, Inc.