Exhibit 10

Web  Images  Videos  Shopping  News  Maps  More | MSN | Hotmail          Sign in | United States | Preferences
                                                                         Make Bing your decision engine

**Bing**      Bev Stayart

ALL RESULTS        ALL RESULTS                               1-10 of 142 results · Advanced

SEARCH HISTORY     **Bev Stayart** - LinkedIn
                   **Bev Stayart** is an experienced genealogist with a special interest in Native American ancestry.
Now you can go back   Learn more about **Bev Stayart** and her genealogical research at www.saponitown.com.
further with search   CFO and Director of Business Development at... · Legal Services
history. Learn More.  www.linkedin.com/in/**bevstayart** · Cached page

Turn on search history to   Beverly "**Bev**" **Stayart** files lawsuit against Yahoo, Alta Vista; suit ...
start remembering your   Typically, when one is concerned about what links to one's name on internet search engines, and
searches.              the quality of the links associated with that name, the solution
Turn history on        www.popehat.com/2009/02/17/**beverly-stayart**-and-the-art-of-search-engine-optimization · Cached
                       page

                   BusinessCard2.com | **Bev Stayart** Elkhorn WI 0
                   **Bev Stayart** Additional Information
                   **bevstayart**.businesscard2.com · Cached page

                   **bev stayart** - Directory | LinkedIn
                   **Bev Stayart** Directory (2 of 2) View profile; Send message; Connect; Beverly **Stayart** Title CFO
                   and Director of Business Development at **Stayart** Law Offices
                   www.linkedin.com/pub/dir/**bev**/**stayart** · Cached page

                   **Bev Stayart** stories at Techdirt.
                   Court Dismisses Case Against Yahoo From Woman Upset How She Appeared In Results from the
                   not-yahoo's-liability dept. Earlier this year, we wrote about a woman named Beverly **Stayart** ...
                   insight.techdirt.com/blog.php?tag=**bev**+**stayart**&edition=techdirt · Cached page

                   **Bev Stayart** | CFO and Director of Business Development, **Stayart** Law ...
                   **Bev Stayart** | CFO and Director of Business Development, **Stayart** Law Offices | Elkhorn - United
                   States | Coordinate evidentiary discovery, assist attorney with trial preparation ...
                   www.viadeo.com/en/profile/**bev**.**stayart** · Cached page

                   Mrs. **Bev Stayart** - CFO and Director of Business Development, **Stayart** ...
                   Mrs. **Bev Stayart** - Want to learn about me? Read my profile here!                 1/17/10
                   www.naymz.com/**bev**_**stayart**_2459555 · Cached page                              1:07 p.m.

                   Saponitown Forum - View Profile: **Bev Stayart**
                   This is a discussion forum for research of historical and genealogical data concerning the Siouan
                   people (Saponi) of the NC VA Piedmont
                   www.saponitown.com/forum/member.php?u=1049 · Cached page

                   Woman Sues Yahoo Because Search On Her Name Links...   1 day ago
                   **Bev Stayart** != Porn. When you think of Beverly **Stayart**, do not think of porn. Glad I could be of
                   service. (reply to this comment ...
                   techdirt.com/articles/20090217/0239063794.shtml · Cached page

                   **Bev Stayart's** VisualCV - **Bev Stayart**
                   I handle all financial aspects of this law firm. I also coordinate the paralegal and office staff.
                   Oversee evidentiary discovery and manage all court cases from inception to trial ...
                   www.visualcv.com/**bevstayart** · Cached page

                   1  2  3  4  5  Next

                   Bev Stayart

                                   © 2010 Microsoft | Privacy | Legal | Advertise | Advertising Info | Help | Tell us what you think

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 2 of 2   Document 1-11