Exhibit 11

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 1 of 3   Document 1-12

Dockets.Justia.com



Web | Images | Video | News | Yellow Pages | White Pages

Bev Stayart

Search   Preferences  Help

**Web Search Results for "Bev Stayart"**       Search Filter: Moderate

Search Results By: Google Yahoo! Search bing

All Search Engines 1 - 20 of 34  (About Results)       1 | 2  Next >

**Are you looking for?**
Bev Doolittle
Bev Fta Fix
Bev Mo
Bev Doolittle Prints
Bev Mo Store
Bevs Country Cottage
Bev Johnson Wigs
Bev Doolittle Pintos

**Bev Stayart's VisualCV - Bev Stayart**
**Bev Stayart** is an animal protection activist. She is a member of many animals rights organizations. She has organized, coordinated and participated in ...
www.visualcv.com/bevstayart [Found on Google, Yahoo! Search, Ask.com]

**Beverly "Bev" Stayart files lawsuit against Yahoo, Alta Vista ...**
Feb 17, 2009 ... Typically, when one is concerned about what links to one's name on internet search engines, and the quality of the links associated with ...
www.popehat.com/2009/02/17/beverly-stayart-and-the... [Found on Google, Yahoo! Search, Ask.com]

**Bev Stayart - LinkedIn**
View **Bev** Stayart's professional profile on LinkedIn. LinkedIn is the world's largest business network, helping professionals like **Bev Stayart** discover ...
www.linkedin.com/in/bevstayart [Found on Google, Yahoo! Search]

**Beverly Stayart stories at Techdirt.**
Sep 1, 2009 ... Earlier this year, we wrote about a woman named Beverly Stayart, who had sued Yahoo over what she found when she did a search on her name. ...
www.techdirt.com/blog.php?tag=beverly+stayart [Found on Google, Yahoo! Search]

**Look Out, Connor McLeod! She's Coming For You Next! « DC Perry**
Feb 18, 2009 ... This is the result when you search for Beverly **Stayart** in the White Pages online . ... First, Beverly **Stayart** did not sue for the website ...
www.dcperry.com/2009/02/18/look-out-connor-mcleod-... [Found on Google, Ask.com]

**Technology & Marketing Law Blog: Yahoo/Overture Sued for Search ....**
Feb 16, 2009 ... **Bev Stayart** appears to be proud of her accomplishments. ... For example, she searched for "Beverly Stayart" in Yahoo and got the following ...
blog.ericgoldman.org/archives/2009/02/yahoooovertur... [Found on Google, Yahoo! Search]

**Stayart Decision and Order (041-ECF)**
**Stayart** Decision and Order (041-ECF) ... The type of person looking for information about **Bev Stayart** would not be fooled into using an online adult-oriented dating website. ...
www.scribd.com/doc/19284103/Stayart-Decision-and-O... [Found on Yahoo! Search, Ask.com]

**Beverly Stayart Supports Seals, Not Cialis: Section 230, Search ....**
Sep 10, 2009 ... The latest attempt to hold search engines responsible for others' speech comes courtesy of Beverly Stayart. Yes, the one and only **Bev** ...
www.citmedialaw.org/blog/2009/beverly-stayart-supp... [Found on Google, Yahoo! Search]

**Bev Stayart 's Resume**
**Bev Stayart** is an experienced genealogist with a special interest in Native American ancestry. To learn more about **Bev Stayart** and her genealogical research ...
bevstayart.emurse.com/ [Found on Google]

**bigsight.org | Bev Stayart - new to bigsight - Elkhorn, Wisconsin**
bigsight.org profile for **Bev Stayart** - Elkhorn, Wisconsin - new to bigsight
bigsight.org/bev_stayart [Found on Yahoo! Search]

**Saponitown Forum - View Profile: Bev Stayart**
About **Bev** Stayart. Biography: I am interested in animal rights. We have three dogs and provide a sanctuary in our yard where we feed all wild creatures. ...
www.saponitown.com/forum/member.php?u=1049 [Found on Google]

**Mrs. Bev Stayart - CFO and Director of Business Development ...**
**Bev Stayart** actively supports several non-profit organizations, ... In 2007, WFAD honored **Bev Stayart** with an Award recognizing her contribution to the 25th ...
www.naymz.com/bev_stayart_2459555 [Found on Yahoo! Search]

**Bev Stayart - Elkhorn - Legal Services - Biznik**
Check out the Biznik profile of **Bev Stayart** , a Legal Services in Elkhorn
biznik.com/members/bev-stayart/about [Found on Yahoo! Search]

**Bev Stayart - Professional Profile & Bio at Ziggs**
Mrs. **Bev** Stayart. Title: CFO / Director of Business Dev. Company: **Stayart** Law Offices ... Beverly **Stayart** is the CFO and Director of Business Development for **Stayart** Law ...
www.ziggs.com/apps/profile/bio.aspx?uid=118154 [Found on Yahoo! Search]

**Bev Stayart, Legal Services, Elkhorn | Wapr**
Aug 26, 2009 ... View **Bev** Stayart's professional profile on Wapr. Wapr - A Business network for small medium businesses & professionals.

1/17/10
1:08 p.m.

Case 2:10-cv-00043-PJG    Filed 01/19/10    Page 2 of 3    Document 1-12

www.wapr.com/professional/Bev_Stayart [Found on Google]

**Stayart Law Offices - Bev Stayart**
Read about the hobbies and interests of **Bev Stayart** at www.saponitown.com;
www.fredmiranda.com; www.thepho more... Want to connect to this Member? ...
www.fastpitchnetworking.com/profile.cfm?ContactID=... [Found on Yahoo! Search]

**Bev Stayart** - Elkhorn, WI - iKarma
**Bev Stayart** coordinates all legal research, oversees evidentiary ... **Bev Stayart** has a famous ancestor, James Bowles Stephens, who founded East Portland, Oregon, which later ...
www.ikarma.com/id/39746 [Found on Yahoo! Search]

Top Rated: **bev** - iKarma
**Bev Stayart** coordinates all legal research, oversees evidentiary... Beverly **Stayart** brings a strong background in business administration to **Stayart** Law ...
www.ikarma.com/tag/Bev [Found on Yahoo! Search]

**Bev** Stayart, CFO and Director of Business Development ...
**Bev Stayart** uses Ziki to promote her web presence, increase her online visibility and as a way to network with other people.
www.ziki.com/en/bev-stayart+134770 [Found on Yahoo! Search]

The Hawk Eye
As a little girl, **Bev Stayart** didn't know her great-grandmother, Hester Ann Rogers ...
**Bev Stayart** of Elkhorn, Wis., shares photos of her late ancestors ...
www.thehawkeye.com/RSSStory/cemetery-080708 [Found on Yahoo! Search]

**1** | 2  Next >

Web | Images | Video | News | Yellow Pages | White Pages
Bev Stayart                                    Search    Preferences
                                                        Help

About WebCrawler · Site Map · Help · Privacy Policy · Terms of Use · Contact Us

infospace  About · Dogpile · MetaCrawler · Nation · Careers · Press · Investor Relations

© 2010 InfoSpace, Inc. All Rights Reserved

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 3 of 3   Document 1-12