Exhibit 12

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 1 of 3   Document 1-13

Dockets.Justia.com

AskEraser   Settings   Sign In

**Bev Stayart**   [Search]   Advanced Search

Web | Images | News | Deal$ | Videos | Q&A | More

Showing **1-10** of 606 for **Bev** Stayart

**Did you mean: *Bev Stay art***

Beverly "**Bev**" **Stayart** files lawsuit against Yahoo, Alta Vista; suit
al., **Bev Stayart** is the author of numerous scholarly bulletin board posts on the heritage of the Saponi Indian Nation, as well as two poems published at a Danish website concerning the plight of baby seals in Canada. Ms. **Stayart** was therefore appalled when she visited the Yahoo and Alta Vista search engines to find...
www.popehat.com/2009/02/17/beverly-stayart-and-the-art-...

**Related Searches**
Kelsi

**NEW! Help end breast cancer with the click of your mouse.**



Sponsored Results

**Buy Stay Art Prints**
Find More **Stay Art** Prints Here. Choose from 500,000 prints!
www.AllPosters.com

**Bev Stayart 's Resume**
An online web resume for **Bev Stayart** ... **Bev Stayart** is an experienced genealogist with a special interest in Native American ancestry. To learn more about **Bev Stayart** and her genealogical research, please visit www.saponitown.com. **Bev Stayart** is an animal protection activist.
bevstayart.emurse.com/

Beverly **Stayart** stories at Techdirt.
You have to read Goldman's full description of the case -- I can't do it justice -- but the woman appears to claim that she's an important figure and the only one in the world with her name (Beverly **Stayart** or **Bev Stayart**), and was greatly upset to find that when she searched on her name, there were links to...
www.techdirt.com/blog.php?tag=beverly+stayart

Woman Sues Yahoo Because Search On Her Name Links To Porn And ...
Feb 17, 2009 ... WTF! i thought i could see Beverly **Stayart** or **Bev Stayart** in some porn... okay ... When you think of Beverly **Stayart**, do not think of porn. ...
www.techdirt.com/articles/20090217/0239063794.shtml

Saponitown Forum - View Profile: **Bev Stayart**
About **Bev Stayart** ... Find all posts by **Bev Stayart** ... Find all threads started by **Bev Stayart**...
www.saponitown.com/forum/member.php?u=1049

Technology & Marketing Law Blog: Yahoo/Overture Sued for Search
**Bev Stayart** appears to be proud of her accomplishments. ... It's a little unclear from the complaint exactly what's going on to make **Bev Stayart** unhappy, but it looks like she ran into some cloaked search engine spam pages that referenced her name.
blog.ericgoldman.org/archives/2009/02/yahoooverture_s.h...

1/17/10

1=08 p-m-

**Bev Stayart**'s VisualCV - **Bev Stayart**
**Bev Stayart** likes antique cars. **Bev Stayart** lives near Lake Geneva, Wisconsin, which hosts many antique car events each year. **Bev Stayart** is a member of several Internet forums in which **Bev Stayart** discusses antique cars.
www.visualcv.com/bevstayart

**Bev Stayart** - LinkedIn
View **Bev Stayart**'s professional profile on LinkedIn. LinkedIn is the world's largest business network, helping professionals like **Bev Stayart** discover inside connections to recommended job candidates, industry experts, and business partners. ... Contact **Bev Stayart**...
www.linkedin.com/in/bevstayart

**Stayart** Decision and Order (041-ECF)
doorway.orge.pl/**bev-stayart**.html appears at the bottom of the page. See Complaint, Exhibit LL. ANALYSIS When deciding a motion to dismiss for failure to state a claim, the Court must accept as true all well-pleaded facts and draw all permissible inferences in the plaintiff's favor.
www.scribd.com/doc/19284103/**Stayart**-Decision-and-Order-...

**Bev Stayart** - Wapr - A business network for small medium businesses &
View **Bev Stayart**'s professional profile on Wapr. Wapr - A Business network for small medium

businesses & professionals... **Bev Stayart** earned her BA in English Literature from the University of Iowa. **Bev Stayart** subsequently received her MBA from the Un[...] Chicago, majoring in finance and marketing. Beverly **Stayart** is...
www.waor.com/professional/Bev_Stayart

**Bev Stayart**

| Web | Images | News | Deal$ | Videos | Q&A | More |

AskEraser   Settings   Sign In

Search   Advanced Search

Showing 1-10 of 606 for
**Bev** Stayart

Sponsored Results

Buy **Stay Art** Prints
Find More **Stay Art** Prints Here. Choose from 500,000 prints!
www.AllPosters.com

Did you mean: *Bev Stay art*

**1**  2  3  4  5  6  7  8  9  10  Next »

Turn Your Browser Pink!

Stay up-to-date on breast cancer news & more - live from Susan G. Komen for the Cure®
ask.com/cure · Download the Susan G. Komen for the Cure® toolbar today! »

| Bev Stayart | Search |

About • Privacy • Advertise • Careers
© 2010 Ask.com

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 3 of 3   Document 1-13