Exhibit 13

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 1 of 3   Document 1-14

Dockets.Justia.com

**Web**  Images  Videos  Maps  News  Shopping  Gmail  more ▾        Web History | Search settings | Sign in

Google   [ Bev Stayart ]   [Search]   Advanced Search

Web › **Related searches**   Hide options   Results **1 - 10** of about **31,600** for **Bev Stayart**. **(0.14** seconds)

› **All results**
Images
Videos
News
Blogs
Updates
Books
Forums

› **Any time**
Latest
Past 24 hours
Past week
Past year
Specific date range

Standard view
› **Related searches**
Wonder wheel
Timeline

› **Standard results**
Images from the page
Fewer shopping sites
More shopping sites
Page previews
Translated search

Reset options

Related searches for **Bev Stayart**:

bev stayart **elkhorn wisconsin**        **greg** stayart
bev stayart **bikeforums net**           bev stayart **animal**
bev stayart **benzworld org**            bev stayart **business network**
bev stayart **artichoke risotto**        bev stayart **engines**
bev stayart **st joseph's indian school**  bev stayart **profile**

Beverly "**Bev**" **Stayart** files lawsuit against Yahoo, Alta Vista ...
Feb 17, 2009 ... Typically, when one is concerned about what links to one's name on internet search engines, and the quality of the links associated with ...
www.popehat.com/.../beverly-**stayart**-and-the-art-of-search-engine-optimization/ - Cached - Similar

**Bev Stayart** 's Resume
**Bev Stayart** is an experienced genealogist with a special interest in Native American ancestry. To learn more about **Bev Stayart** and her genealogical research ...
**bevstayart**.emurse.com/ - Cached - Similar

Technology & Marketing Law Blog: Yahoo/Overture Sued for Search ...
Feb 16, 2009 ... **Bev Stayart** appears to be proud of her accomplishments. ... For example, she searched for "**Beverly Stayart**" in Yahoo and got the following ...
blog.ericgoldman.org/archives/2009/.../yahoooverture_s.htm - Cached - Similar

Image results for **Bev Stayart** - Report images

    

**Beverly Stayart** stories at Techdirt.
Sep 1, 2009 ... Earlier this year, we wrote about a woman named **Beverly Stayart**, who had sued Yahoo over what she found when she did a search on her name. ...
www.techdirt.com/blog.php?tag=beverly+**stayart** - Cached - Similar



1/16/10
8:15 a.m.

Saponitown Forum - View Profile: **Bev Stayart**
About **Bev Stayart**. Biography: I am interested in animal rights. ... Total Posts: 101; Posts Per Day: 0.07; Find all posts by **Bev Stayart** · Find all threads ...
www.saponitown.com › Saponitown Forum › Members List - Cached - Similar

**Bev Stayart's** VisualCV - **Bev Stayart**
**Bev Stayart** is an animal protection activist. She is a member of many animals rights organizations. She has organized, coordinated and participated in ...
www.visualcv.com/**bevstayart** - Cached - Similar

**Bev Stayart** - LinkedIn
Greater Milwaukee Area - CFO and Director of Business Development at Stayart Law Offices
View **Bev Stayart's** professional profile on LinkedIn. LinkedIn is the world's largest business network, helping professionals like **Bev Stayart** discover ...
www.linkedin.com/in/**bevstayart** - Cached - Similar

**Bev Stayart** - Wapr - A business network for small medium **...**
View **Bev Stayart's** professional profile on Wapr. Wapr - A Business network for small medium businesses & professionals.
www.wapr.com/professional/**Bev_Stayart** - Cached

**Bev Stayart** - Billiards Forum Profile
**Bev Stayart** - Billiards Forum Profile. **...** RSS feed for **Bev Stayart's** posts. Opens In New Window or Tab **...** find all non-archived posts by **Bev Stayart ...**
www.billiardsforum.info/forum/pop_profile.asp?id=1885&mode... - Cached

**Beverly Stayart** Supports Seals, Not Cialis: Section 230, Search **...**
Sep 10, 2009 **...** The latest attempt to hold search engines responsible for others' speech comes courtesy of **Beverly Stayart**. Yes, the one and only Bev **...**
www.citmedialaw.org/.../**beverly-stayart**-supports-seals-not-cialis-section-230-search-engines-and-vanity-queries - Cached - Similar

1 2 3 4 5 6 7 8 9 10    Next

---

Bev Stayart                              Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google