Exhibit 14

Dockets.Justia.com

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼　　　　　　　　Web History | Search settings | Sign in

**Google**  [ Bev Stayart ]  [Search]  Advanced Search

Web › **Wonder wheel**　Hide options　　　　　　　Results **1 - 10** of about **31,600** for **Bev Stayart**. (0.09 seconds)

› All results
  Images
  Videos
  News
  Blogs
  Updates
  Books
  Forums

› Any time
  Latest
  Past 24 hours
  Past week
  Past year
  Specific date range

  Standard view
  Related searches
› Wonder wheel
  Timeline

› Standard results
  Images from the page
  Fewer shopping sites
  More shopping sites
  Page previews
  Translated search

  Reset options

(wonder wheel diagram: native american ancestry, the humane society of the united states, st joseph's indian school, baby seals, **Bev Stayart** (center), artichoke dispute, elkhorn wisconsin, benzopril.org, bill wisconsin.net)

Beverly "**Bev**" **Stayart** files lawsuit against Yahoo, Alta Vista ...
Feb 17, 2009 ... Typically, when one is concerned about what links to one's name on internet search engines, and the quality of the links associated with ...
www.popehat.com/.../**beverly-stayart**-and-the-art-of-search-engine-optimization/ - Cached - Similar

**Bev Stayart** 's Resume
**Bev Stayart** is an experienced genealogist with a special interest in Native American ancestry. To learn more about **Bev Stayart** and her genealogical research ...
bevstayart.emurse.com/ - Cached - Similar

Technology & Marketing Law Blog: Yahoo/Overture Sued for Search ...
Feb 16, 2009 ... **Bev Stayart** appears to be proud of her accomplishments. ... For example, she searched for "**Beverly Stayart**" in Yahoo and got the following ...
blog.ericgoldman.org/archives/2009/.../yahoooverture_s.htm - Cached - Similar

Image results for **Bev Stayart** - Report images

   


Beverly **Stayart** stories at Techdirt.
Sep 1, 2009 ... Earlier this year, we wrote about a woman named **Beverly Stayart**, who had sued Yahoo over what she found when she did a search on her name. ...
www.techdirt.com/blog.php?tag=**beverly+stayart** - Cached - Similar

Saponitown Forum - View Profile: **Bev Stayart**
About **Bev Stayart**. Biography: I am interested in animal rights. ... Total Posts: 101; Posts Per Day: 0.07; Find all posts by **Bev Stayart** · Find all threads ...
www.saponitown.com › Saponitown Forum › Members List - Cached - Similar

**Bev Stayart's** VisualCV - **Bev Stayart**
**Bev Stayart** is an animal protection activist. She is a member of many animals rights organizations. She has organized, coordinated and participated in ...
www.visualcv.com/**bevstayart** - Cached - Similar

**Bev Stayart** - LinkedIn
Greater Milwaukee Area - CFO and Director of Business Development a
View **Bev Stayart's** professional profile on LinkedIn. LinkedIn is the world's largest business network, helping professionals like **Bev Stayart** discover ...
www.linkedin.com/in/**bevstayart** - Cached - Similar

**Bev Stayart** - Wapr - A business network for small medium ...
View **Bev Stayart's** professional profile on Wapr. Wapr - A Business network for small medium businesses & professionals.
www.wapr.com/professional/**Bev_Stayart** - Cached

**Bev Stayart** - Billiards Forum Profile
**Bev Stayart** - Billiards Forum Profile. ... RSS feed for **Bev Stayart's** posts. Opens in New Window or Tab ... find all non-archived posts by **Bev Stayart** ...
www.billiardsforum.info/forum/pop_profile.asp?id=1885&mode... - Cached

Beverly **Stayart** Supports Seals, Not Cialis: Section 230, Search ...
Sep 10, 2009 ... The latest attempt to hold search engines responsible for others' speech comes courtesy of **Beverly Stayart**. Yes, the one and only Bev ...
www.citmedialaw.org/.../**beverly-stayart**-supports-seals-not-cialis-section-230-search-engines-and-vanity-queries -
Cached - Similar

　　　　　　　　　　1 2 3 4 5 6 7 8 9 10　Next

*(handwritten: 1/16/10  8/15 a.m.)*

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 2 of 3   Document 1-15

Bev Stayart  [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google