Exhibit 15

Dockets.Justia.com

# Stayart Law Offices
### Attorneys at Law

Gregory A. Stayart                                       December 18, 2009

BY FAX AND PRIORITY MAIL

Christian S. Genetski
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364

       Re:      Bev Stayart levitra/Yahoo search results

Dear Mr. Genetski:

       On December 17, 2009, my client, Beverly Stayart, used the search term "Bev Stayart" on Yahoo's search engine.

       When she typed in "Bev Stayart", the Yahoo "search assist" box immediately displayed "Bev Stayart levitra" even before she hit the "enter" key for the search term "Bev Stayart". After pressing the enter key, two search assist boxes appeared, located on the top and bottom of the page, stating: "Also try: <u>Bev Stayart levitra</u>." The search assist box at the top of the page then stated: "<u>More . . .</u>". See enclosed results, Exhibit A. These same two search assist boxes appeared on each and every subsequent search result page for "Bev Stayart."

       On Yahoo, there were 1,630 results for "Bev Stayart." But when she clicked "Also try: <u>Bev Stayart levitra</u>", she found 399 results for "Bev Stayart levitra." See enclosed results, Exhibit B. Of these 399 results, the first result displayed is Judge Randa's decision of August 28, 2009, in federal court in Milwaukee, Wisconsin. The remaining 398 search results for "Bev Stayart levitra" are <u>ads</u> marketing cialis®, viagra® and levitra®, many containing malware. My client became aware of the malware threat as she clicked on many of these websites. The Kaspersky Anti-Malware 2009 Security System installed on her computer warned her of the malware threat on these websites.

       Levitra®, cialis® and viagra® are all trademarked sexual dysfunction drugs used by males. Beverly/Bev Stayart has no connection to any of these prescription medications. She is not a spokesperson for them, and has never authorized Yahoo or any third party to connect her name with these drugs.

       Yahoo is <u>not</u> displaying similar references in its search assist boxes and search result pages for anyone else, to our knowledge, connoting their endorsement of sexual dysfunction drugs. Why is Yahoo singling out my client in this despicable fashion?

262-740-9012
N5577 Cobblestone Road • Elkhorn, WI 53121-8820

For example, Bev Doolittle is a well-known artist. If one searches for "Bev Doolittle levitra" on Yahoo, one finds 3,780 search results for "Bev Doolittle levitra." See enclosed results, Exhibit C. This is almost <u>ten</u> <u>times</u> the number of search results for "Bev Stayart levitra" on Yahoo, which amount to only 399. See second paragraph above.

However, when one simply enters "Bev Doolittle" as a search term on Yahoo, the search assist box does <u>not</u> immediately display "Bev Doolittle levitra" even before one hits the enter key for the search term "Bev Doolittle." After hitting the enter key for the search term "Bev Doolittle", there is absolutely no language in the search assist boxes at the top and bottom of each page which states, as it does for Bev Stayart, "Also try: <u>Bev Doolittle levitra</u>, <u>More . . .</u>". See enclosed results, Exhibit D. Yet Bev Doolittle has ten times the number of search results with levitra® than Bev Stayart has.

From the source code on the Bev Stayart search result pages (see enclosed results, Exhibit E), it appears that someone at Yahoo has deliberately made "Bev Stayart levitra" a header and a footer on each of the Bev Stayart search result pages. Yahoo has crossed the boundary between being an interactive computer service and an information content provider. Yahoo is therefore an information content provider, as well as an interactive computer service. Bev Stayart has never given Yahoo permission to use her name in advertising third parties' male sexual dysfunction drug products.

Yahoo's behavior is nothing but a transparent attempt to further injure my client and her reputation. Your client's behavior violates Wisconsin law (misappropriation of my client's name for commercial purposes). The arrogance of your client is unbelievable! I remind you that we have related claims pending against Yahoo and Alta Vista before the Seventh Circuit which we intend to vigorously pursue.

We believe that Yahoo has an obligation to immediately remove this illegal content to mitigate Bev Stayart's damages. If Yahoo fails to immediately cooperate, we will be forced to file another lawsuit and have the language "Bev Stayart levitra" removed by a court order since Yahoo cannot argue that it did not provide any of the content which misappropriated Bev Stayart's name.

Sincerely,

Gregory A. Stayart

GS/st
Enclosures
cc: Beverly Stayart
    Jacob A. Sommer

Hi, Guest  Sign In  Help                                                             Make Yahoo! your homepage   Mail

Web  Images  Video  Local  Shopping  More

Bev Stayart                                                                          [Search]   Options

Search Pad

SearchScan - On           Also try: bev stayart levitra, More...

1,630 results for        **Bev Stayart | Gather**
Bev Stayart:            Bev Stayart is an experienced genealogist with a special interest in Native American
                        ancestry. ... Bev Stayart can trace her ancestors to early Colonial America. ...
Show All                bevstayart.gather.com - Cached

LinkedIn                **Bev Stayart 's Resume (Last updated August 10th 2009)**
                        ... for Bev Stayart ... To learn more about Bev Stayart and her hobby of photography, ...
                        Bev Stayart lives near Lake Geneva, Wisconsin, which hosts many antique ...
                        bevstayart.emurse.com - Cached

                        **Bev Stayart's VisualCV - Bev Stayart**
                        Bev Stayart is an experienced genealogist with a special interest in Native American
                        ancestry. ... To learn more about Bev Stayart and her hobby of photography, ...
                        www.visualcv.com/bevstayart - Cached

                        **Bev Stayart stories at Techdirt.**
                        stories filed under: "bev stayart" Legal Issues. by Mike Masnick. Tue, Sep ... links could
                        reasonably conclude that Bev Stayart endorsed the products at issue. ...
                        techdirt.com/blog.php?tag=bev+stayart - Cached

                        **BusinessCard2.com | Bev Stayart Elkhorn WI 0**
                        ... card. Bev Stayart's Card. Bev Stayart. Additional Information ... Bev Stayart's Profile.
                        Create your own BusinessCard2! © 2009 Workface Inc. About. IP Notice ...
                        bevstayart.businesscard2.com - Cached

                        **Bev Stayart - Wink**
                        Profile of Bev Stayart on Wink. Wink is a people search engine that helps users like Bev
                        Stayart find people on social networks and across the Web
                        wink.com/p/Bev-Stayart - Cached

                        **Bev Stayart - LinkedIn**
                        View Bev Stayart's professional profile on LinkedIn. ... To learn more about Bev Stayart
                        and her genealogical research, please visit www.saponitown.com. ...
                        www.linkedin.com/in/bevstayart - Cached

                        **Mrs. Bev Stayart - CFO and Director of Business Development ...**
                        Mrs. Bev Stayart - Want to learn about me? Read my profile here! ... In 2007, WFAD
                        honored Bev Stayart with an Award recognizing her contribution to ...
                        www.naymz.com/bev_stayart_2459555 - Cached

                        **bigsight.org | Bev Stayart - new to bigsight - Elkhorn, Wisconsin**
                        bigsight.org profile for Bev Stayart - Elkhorn, Wisconsin - new to bigsight ... Bev Stayart's
                        hobbies include hiking, bicycling, wildlife watching, photography, ...
                        bigsight.org/bev_stayart - Cached

                        **Bev Stayart - Elkhorn - Legal Services - Biznik**
                        Check out the Biznik profile of Bev Stayart , a Legal Services in Elkhorn ... To learn more
                        about Bev Stayart and her genealogical research, please visit www. ...
                        biznik.com/members/bev-stayart/about - Cached

                        Also try: bev stayart levitra

                        1  2  3  4  5  6  7  8  9  10  11  Next >

                        Bev Stayart                                          [Search]

12/17/09                © 2009 Yahoo!  Help - Page Tour - Privacy - Legal - About Our Ads - Submit Your Site
2:00 p.m -              SearchScan displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.

**PLAINTIFF'S EXHIBIT A**

Hi, Guest   Sign In   Help                                                                                     Make Yahoo! your homepage    Mail

Web   Images   Video   Local   Shopping   More

bev stayart levitra                                                                    [Search]   Options

**Search Pad**

**SearchScan - On**

399 results for
bev stayart levitra:

**Show All**

☐ Scribd

Sponsored Results

**Purchase 20 Mg Levitra Online**
Online Levitra Pharmacy! Licensed Doctors & Online Prescriptions.
www.Levitra.kwikmed.com

See your message here...

Stayart Decision and Order (041-ECF)
"Bev Stayart" has commercial value ... on February bev stayart on march th. ... Stayart) with the sexual dysfunction drugs Cialis, Viagra and Levitra on its ...
scribd.com/doc/19284103/Stayart-Decision-and-Order-041ECF - 104k - Cached

Viagra Cialis Levitra Comparison Dosages, 76% discount for ...
Buy geninue Lilly Icos Cialis without prescription US certified pharmacy store ... Bev stayart on the health, and that she had n't used in a many album, or public ...
demodemo.com/.store/cialis-online/viagra-cialis-levitra-c... - Cached

Attorney Cialis Injury Ohio, 69% off on Cialis 5,20,50 mg pills
... tadalafil reviews, cialis and levitra viagra order pharmacy, billig ... Bev stayart on the constitu-, and that she had now associated in a psychological ...
demodemo.com/.store/.../attorney-cialis-injury-ohio.php - Cached

Cialis Best Price, cialis from india mt tadalafil, cialis ...
cialis cheapest lowest price, order cialis online dream pharmaceutical, best ... online viagra levitra cialis: bev stayart on the limb, and that she had totally ...
unglobalcompact.org/.../cialis-online/cialis-best-price.php - Cached

Cialis Viagra Levitra Which Is Best, 69% discount on Cialis
... a, achy back cialis from jogging, cialis levitra pharmacy viagra, free cialis ... Bev stayart on the 'non-sexual, and that she had often assigned in a simple ...
omoriginals.com/.../cialis-viagra-levitra-which-is-best.php - Cached

Cialis Sweet, over the counter cialis london, 1 cialis ...
... w master card, viagra cialis levitra chatrooms, order cialis on line, cialis ... Cialis europe, bev stayart on the rest, and that she had often run in a great ...
www.datesandlove.com/.store/cialis-online/cialis-sweet.php - Cached

Cialis Pills Women Effects, 80% off for Cialis pills
viagra levitra cialis side effects: adam searched out a retropubic picture, his ... Bev stayart on the reform, and that she had totally damaged in a bacterial ...
naschip.org/.../cialis-online/cialis-pills-women-effects.php - Cached

36 Hours Lasts Cialis Medical Online, 75% off for Cialis pills
Buy geninue generic Lilly Icos Cialis Pills without prescription in FDA approved ... Bev stayart on the everything, and that she had back given in a foregoing name, ...
michaelcoren.com/.store/cialis-online/... - Cached

Cialis Overnigh, 80% discount on Cialis 5,20,50 mg pills
Bev stayart on the impotence, and that she had before involved in a flush show, ... Ibuprofen cialis levitra, anatomically, these inflicted to be weaker amounts, ...
danielsmithbassoon.com/.../cialis-online/cialis-overnigh.php - Cached

Cialis Viagra Cialis Levitra, 73% off on Cialis pills
... cialis cheap, caverta levitra cialis veega lozenges propecia, ... Bev stayart on the tissue, and that she had originally known in a chronic order, ...
cariblink.net/.info/.../cialis-viagra-cialis-levitra.php - Cached

Sponsored Results

**Purchase 20 Mg Levitra Online**
Online Levitra Pharmacy! Licensed Doctors & Online Prescriptions.
www.Levitra.kwikmed.com

**1**  2  3  4  5  6  7  8  9  10  11  Next >

bev stayart levitra                                                    [Search]

© 2009 Yahoo!  Help - Page Tour - Privacy - Legal - About Our Ads - Submit Your Site
SearchScan displays McAfee alerts optimal for the Yahoo Search user and does not include all McAfee SiteAdvisor red ratings.

12/17/09
2:00 p.m.

PLAINTIFF'S EXHIBIT B
PENGAD-Bayonne, N.J.

Hi, Guest   Sign In   Help                                          Make Yahoo! your homepage    Mail

Web   Images   Video   Local   Shopping   More
**Bev Doolittle levitra**                                           Search    Options

Search Pad

SearchScan - On

3,780 results for
Bev Doolittle levitr...

Sponsored Results

Manhood of Dogs Taken By Rich Women
**bev doolittle** art prints Says: September 21st, 2009 at 12:13 pm. Very interesting site. ...
Viagra Vs **Levitra** Says: September 26th, 2009 at 1:38 pm. rrsjmvs ...
actionnooz.com/?p=55 - 258k - Cached

ROBERT PATTINSON FAN | The 1st & Most Extensive Site On The ...
buy **levitra** online - **levitra** buy cheap lexapro - lexapro buy cheap clomid ... Comment by
**bev doolittle** prints — September 21, 2009 @ 2:40 pm. Perfect work! ...
robertpattinson.org/?p=669 - 481k - Cached

Reporters, Photos and Downtown Rock City | // ARFREERIDERS ...
Keep doing. **bev doolittle** prints Says: September 21st, 2009 at 12:42 pm. Perfect work! ...
buy **levitra** 20 mg Says: October 25th, 2009 at 6:45 pm ...
arfreeriders.com/?p=27 - 335k - Cached

E1, a cryptozoologist's wet dream | // ARFREERIDERS.COM ...
viagra cialis **levitra** Says: August 3rd, 2009 at 11:10 pm. Great site. ... **bev doolittle**
art prints Says: September 21st, 2009 at 11:02 am. Very interesting site. ...
arfreeriders.com/?p=16 - 424k - Cached

The Nicest Kiss " Japanese Animated Passion
Buy **Levitra**, on July 26th, 2009 at 11:26 am Said: ... **bev doolittle** art prints, on
September 21st, 2009 at 12:51 pm Said: Very interesting site. ...
www.thenicestkiss.com/?p=52 - 431k - Cached

The Nicest Kiss " mmmmmmmmmmm yummy
Buy **Levitra**, on July 26th, 2009 at 8:31 am Said: ... **bev doolittle** art prints, on
September 21st, 2009 at 12:10 pm Said: Very interesting site. ...
www.thenicestkiss.com/?p=124 - 253k - Cached

FlawFans.com " Side Projects
comment5, **bev doolittle** prints said, on September 21st, 2009 at 2:26 pm. Perfect work! ...
Viagra Vs **Levitra** said, on September 26th, 2009 at 2:17 pm. omyfdyg ...
www.flawfans.com/?page_id=12 - 294k - Cached

" Blog Archive " Back in Starbucks
Buy **Levitra** on 26 Jul 2009 at 9:39 am ... **bev doolittle** art prints on 21 Sep 2009 at 10:48
am ... **bev doolittle** prints on 21 Sep 2009 at 11:49 am. Perfect work! ...
www.bellaandre.com/blog/?p=20 - 315k - Cached

30ballparks30days.com " Driving Through the Desert
Comment by cialis and **levitra** on July 25, 2009 at 4:13 am. Excellent site. ... Comment by
**bev doolittle** art prints on September 21, 2009 at 5:35 pm. Very cute : ...
30ballparks30days.com/?p=836 - 362k - Cached

It's awesome to be Cool at henriklampert.com
Hope it will always be alive! 98 **bev doolittle** prints. Sep 21st, 2009 at 6:00 pm. Perfect
work! ... 158 buy **levitra** online. Oct 26th, 2009 at 12:36 am ...
henriklampert.com/?p=326 - 563k - Cached

Purchase 20 Mg **Levitra**
Online
Online **Levitra** Pharmacy! Licensed
Doctors & Online Prescriptions.
www.Levitra.kwikmed.com

See your message here...

Sponsored Results

Purchase 20 Mg **Levitra** Online
Online **Levitra** Pharmacy! Licensed Doctors & Online Prescriptions.
www.Levitra.kwikmed.com

1  2  3  4  5  6  7  8  9  10  11  Next >

Bev Doolittle levitra                                           Search

© 2009 Yahoo!   Help - Page Tour - Privacy - Legal - About Our Ads - Submit Your Site
SearchScan displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.

12/17/09
2:00 p.m.

PLAINTIFF'S
EXHIBIT
C
PENGAD-Bayonne, N.J.