Hi, **Guest**  Sign In  Help                                              Make Yahoo! your homepage   Mail

Web   Images   Video   Local   Shopping   More

[ Bev Doolittle                                          ]   **Search**   Options

Also try:  bev doolittle prints,   bev doolittle art,   More...

                                              Sponsored Results                           Sponsored Results

**Bev Doolittle** Calendars                                      **Bev Doolittle** Paintings – up
2010 Calendars. Huge Selection. 15% Off on Orders over $20.      to 75% Less
www.Calendars.com                                                Incredible prices. Find **bev doolittle**
                                                                 paintings & save up to 75%.
**Bev Doolittle** Authorized Gallery                             www.Best-Price.com
Complete collection of rare artwork available for purchase.
www.bevdoolittle.net                                             **Bev Doolittle** Calendar
                                                                 Looking for **bev doolittle** calendar?
The Art of **Bev Doolittle** at Amazon                           Find exactly what you want today.
By Elise MacLay. Qualified orders over $25 ship free             www.eBay.com
Amazon.com/books
                                                                 **Bev Doolittle**
**Bev Doolittle** Prints                                         Find Bev Doolittles at Great Prices.
Get Connected with the Best Stores & Catalogs Here.              www.Pronto.com
CatalogLink.com
                                                                 **Doolittle Bev**
**Bev Doolittle** Complete Art Collection                        Find Doolittle Bev and Compare
**Bev Doolittle** Authorized Gallery. **Bev Doolittle**`s complete collection of camouflage art. ...   prices at Smarter.com.
Click Here to View the Art of **Bev Doolittle** ...              www.smarter.com
www.bevdoolittle.net - Cached
                                                                 **Bev Doolittle** Puzzle
The Art of **Bev Doolittle**                                     Find **Bev Doolittle** Puzzle Here.
The Art of **Bev Doolittle** available from B & R Gallery--the World's largest dealer in **Bev's**   Compare & Review Games &
limited edition prints and originals                             Puzzles.
www.bnr-art.com/doolitt - Cached                                 PriceGrabber.com/gamespuzzles

    **Bev Doolittle** Art from the B & R Gallery                 **Find Doolittle Bev**
    List of **Bev Doolittle** framed and unframed prints available from B & R Art ... First ever   We Have the Video Games You
    **Bev Doolittle** water color reproduced as a Giclée on paper ...   Want. Find What You Want Here.
    www.bnr-art.com/doolit/doolitt1.htm - Cached                 www.become.com

**Bev Doolittle's** Virtual Art Gallery                              See your message here...
art,nature,art & nature,wildlife,nostalgia,western,landscape,aviation,space,framing,art
gallery,gallery,custom framing,quality custom framing,quality creative custom ...
www.artandnature.com/doolittle.html - Cached

**Bev Doolittle** - Wikipedia, the free encyclopedia
**Bev Doolittle** is an American artist working mainly in watercolor paints. She paints
scenes of the American West that feature themes of Native American life, wild animals,
horses, and landscapes. **Doolittle's** technical mastery of the watercolor medium has
brought her notice since her early work as a graphic...
en.wikipedia.org/wiki/Bev_Doolittle - Cached

**Bev Doolittle** Prints at Wing Gallery
**Bev Doolittle** limited edition prints, collectibles, books. The originator of ... **Bev Doolittle**
was born and raised in California. ...
www.winggallery.com/Bev_Doolittle.html - Cached

**Bev Doolittle** limited edition art prints - secondary market ...
**Bev Doolittle** Limited Edition prints secondary market sold out **Doolittle** prints, **Bev**
**Doolittle** paintings ... **Bev Doolittle's** subject matter is provided by the ...
clickart.homestead.com/bd.html - 51k - Cached

ArtUSA.com - The World's Source for Collectible Art - Toll ...
ArtUSA.com - The World's Source for Collectible Art ... **Bev Doolittle**. Tom duBois. Martin
Grelle. Steve Hanks. Thomas Kinkade. Stephen Lyman. Fred Machetanz ...
www.artusa.com/doolittle_prints.htm - Cached

Powersource - **Bev Doolittle** Art Collection
In Sacred Circle, **Bev Doolittle** expresses the beauty and "Medicine" of nature ... There is
a second level to all of **Bev Doolittle's** paintings. ...
www.powersource.com/gallery/bev/default.html - Cached

**Doolittle**: Gallery One - America's Largest Art Gallery
**Bev Doolittle** art including giclees, limited edition paper prints, lithographs, porcelain
boxes, books and fine art posters available now at Gallery One.
galleryone.com/.../doolittle.html?Screen=doolittle_prints - 132k - Cached

*12/17/09*
*2:00 P.M. -*

**PLAINTIFF'S**
**EXHIBIT**
___D___
PENGAD-Bayonne, N.J.

Sponsored Results **Also try:**
**bev doolittle** prints,
**bev doolittle** art,  More...

Search Pad

SearchScan - On

**494,000 results for**
**Bev Doolittle:**

Show All

W   Wikipedia

a.   Amazon.com

... paintings

... puzzles

... calendar

... posters

... pintos

**Bev Doolittle** Paintings – up to 75% Less
Incredible prices. Find **bev doolittle** paintings & save up to 75%.
www.Best-Price.com

**Bev Doolittle** Calendar
Looking for **bev doolittle** calendar? Find exactly what you want today.
www.eBay.com

**1** 2  3  4  5  6  7  8  9  10  11  Next >

| Bev Doolittle | | Search |

© 2009 Yahoo!  Help - Page Tour - Privacy / Legal - About Our Ads - Submit Your Site
SearchScan displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.

```
1   <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML
    4.01//EN" "http://www.w3.org/TR/html4/strict.dtd">
2   <html lang="en"><head><meta http-equiv="content-type" content="text/html;
    charset=UTF-8"><meta http-equiv="X-UA-Compatible" content="IE=8"><script>
    (function(){var h=document.documentElement;h.className+=" js";(new Image
    ()).src='http://a.l.yimg.com/a/i/us/sch/gr4/srp_metro_20090910.png';})
    ();</script><link rel="alternate" type="application/rss+xml"
    title="Yahoo! Search results for Bev Stayart"
    href="http://api.search.yahoo.com/WebSearchService/rss/webSearch.xml?
    appid=yahoosearchwebrss&query=Bev+Stayart&adult_ok=1"><title>Bev Stayart -
    Yahoo! Search Results</title><link rel="stylesheet" type="text/css"
    href="http://a.l.yimg.com/a/lib/s5/srp_metro_200911191021.css"><style
    type="text/css">s,.sprt,#logo,#att_icon,#verizon_icon .ico,#at-tog,.h-gui-
    icon,.ssbang,.sschk,.ssochk,.ssbx,#ss a.ss-remove,.ads a.pp-l,.news-
    nph,.stars-sm span,.stars-lg span,.thmbplay,.sc-promo-img,.sc-close
    {background-image:url
    (http://a.l.yimg.com/a/i/us/sch/gr4/srp_metro_20090910.png);}
    </style></head><body id="ysch" class="ie microsoft windows v8_0"><div
    id="doc"><h1 class="off-left">Yahoo! Web Search</h1><div id="uh"><ul
    class="l"><li class="hi">Hi, <strong>Guest</strong></li><li><a
    href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsBq7hXNyoA/SIG=171vnp337/EXP
    =1261171748/**https%3a//login.yahoo.com/config/login%3f.pd=c%
    253Dolq_tAyp2e48EO0kDrSGS1M-%26.src=srchp%26.done=http%253A%252F%
    252Fsearch.yahoo.com%252Fsearch%253Fei%253DUTF-8%2526p%253DBev%
    252BStayart%2526fr%253Dyfp-t-701" target="_top">Sign In</a></li><li><a
    href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsBrLhXNyoA/SIG=11spo68j8/EXP
    =1261171748/**http%
    3a//help.yahoo.com/l/us/yahoo/search/">Help</a></li></ul><ul
    class="r"><li><a href="http://www.yahoo.com/bin/set">Make Yahoo! your
    homepage</a></li><li><a
    href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsBrbhXNyoA/SIG=11a6v3c1q/EXP
    =1261171748/**http%3a//mail.yahoo.com/">Mail</a></li></ul></div><div
    id="hd"><a id="logo" href="http://www.yahoo.com/">Yahoo!</a><form id="sf"
    name="s" method="get"
    action="http://search.yahoo.com/search;_ylt=A0geu6KkoipL3UsBrrhXNyoA"
    accept-charset="utf-8"><div class="bd"><ul id="tabs" class="tabs"><li
    class="on"><strong>Web</strong></li><li><a
    href="http://images.search.yahoo.com/search/images;_ylt=A0geu6KkoipL3UsBr7
    hXNyoA?ei=UTF-8&p=Bev+Stayart&fr2=tab-web&fr=yfp-t-
    701">Images</a></li><li><a
    href="http://video.search.yahoo.com/search/video;_ylt=A0geu6KkoipL3UsBsLhX
    NyoA?ei=UTF-8&p=Bev+Stayart&fr2=tab-web&fr=yfp-t-
    701">Video</a></li><li><a
    href="http://search.yahoo.com/ypredirect;_ylt=A0geu6KkoipL3UsBsbhXNyoA?
    ei=UTF-8&p=Bev+Stayart&fr2=tab-web&fr=yfp-t-701">Local</a></li><li><a
    href="http://shopping.search.yahoo.com/search;_ylt=A0geu6KkoipL3UsBsrhXNyoA?
    cop=mss&ei=UTF-8&p=Bev+Stayart&fr2=tab-web&fr=yfp-t-
    701">Shopping</a></li><li class="menu"><a id="vm-link" class="menu-link"
    href="http://tools.search.yahoo.com/about/forsearchers.html">More<s>s</s></
    a><div id="vm-menu" class="menu-bd hidden"><ul><li><a
    href="http://answers.yahoo.com/search/search_result;_ylt=A0geu6KkoipL3UsBs
    7hXNyoA?ei=UTF-8&p=Bev+Stayart&fr2=tab-web&fr=yfp-t-
    701">Answers</a></li><li><a
    href="http://search.yahoo.com/search/dir;_ylt=A0geu6KkoipL3UsBtLhXNyoA?
    ei=UTF-8&p=Bev+Stayart&fr2=tab-web&fr=yfp-t-701">Directory</a></li><li><a
    href="http://hotjobs.yahoo.com/jobseeker/jobsearch/search_results.html;_yl
    t=A0geu6KkoipL3UsBtbhXNyoA?ei=UTF-8&keywords_all=Bev+Stayart&fr2=tab-
    web&fr=yfp-t-701" id="tab-jobs">Jobs</a></li><li><a
    href="http://news.search.yahoo.com/search/news;_ylt=A0geu6KkoipL3UsBtrhXNy
    oA?ei=UTF-8&p=Bev+Stayart&fr2=tab-web&fr=yfp-t-701">News</a></li><li><a
```

12/17/09
2:00 p.m.-

PLAINTIFF'S
EXHIBIT
E

PENGAD-Bayonne, N.J.

about:blank                                                    12/17/2009

```
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsBt7hXNyoA/SIG=13jotthik/EXP=
1261171748/**http%3a//sports.search.yahoo.com/search%3fei=UTF-8%26p=Bev%
2bStayart%26fr2=tab-web%26fr=yfp-t-701">Sports</a></li><li><a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsBuLhXNyoA/SIG=1293f82nf/EXP
=1261171748/**http%
3a//tools.search.yahoo.com/about/forsearchers.html">All Search
Services</a></li></ul></div></li><ul><li><label for="yschsp"
class="off-left">Search query</label><input type="text" class="sbq"
id="yschsp" name="p" role="search" value="Bev Stayart"
tabindex="1"><input type="submit" class="sbb" value="Search"
tabindex="2"><input type="hidden" name="fr2" value="sb-top"><input
type="hidden" name="fr" value="yfp-t-701"></div><div id="so"
class="menu"><a id="so-link" class="menu-link"
href="http://search.yahoo.com/preferences/preferences">Options<s></s></a><
div id="so-menu" class="menu-bd hidden"><ul><li><a
href="http://search.yahoo.com/web/advanced?ei=UTF-8&p=Bev+Stayart&fr=yfp-
t-701">Advanced Search</a></li><li><a
href="http://search.yahoo.com/preferences/preferences?pref_done=http%3A%
2F%2Fsearch.yahoo.com%2Fsearch%3Fei%3DUTF-8%26p%3DBev%2BStayart%26fr%
3Dyfp-t-701&.bcrumb=1e6k7i3CA/g&fr=yfp-t-
701">Preferences</a></li></ul><hr><ul><li><a
href="http://searchmarketing.yahoo.com/arp/srch_ss.php?
o=US2117&cmp=Yahoo&ctv=SERP_tab&s=Y&s2=S&s3=&b=25">Advertising
Programs</a></li><li><a
href="http://tools.search.yahoo.com/searchtour.html">Page
Tour</a></li><li><a
href="http://help.yahoo.com/l/us/yahoo/search/basics/basics-
23.html">About This Page</a></li></ul></div></div><div
role="application"><h2 class="off-left">Search Assist</h2><a id="at-tog"
href="#">Toggle Search Assist</a><div id="atlr" role="status" aria-
live="polite"></div><div id="at"><div id="atgrad"></div><div id="at-
l"><div id="atg" class="panel hidden"><div id="atgl-hdr"><h3>Search
suggestions:</h3><p>Use the Escape key to return to the search box. Use
the right arrow key to explore related concepts.</p></div><ul id="atgl"
aria-labelledby="atgl-hdr"><li><span>Start typing to see
suggestions.</span></li></ul><a id="atgl-u" class="scroll-v up disabled"
href="#" title="Scroll up" tabindex="-1"><s></s></a><a id="atgl-d"
class="scroll-v down disabled" href="#" title="Scroll down" tabindex="-
1"><s></s></a></div><div id="atf" class="panel hidden"><h3>Showing
results containing:</h3><p><a id="atf-link" href="#"></a></p><a id="atf-
remove" href="#" title="Remove filter"><s></s></a></div></div><div id="at-
r"><div id="atv" class="panel hidden"><div id="atvl-hdr"><h3>Explore
related concepts:</h3><p>Use the Escape key to return to the search box.
Use the left arrow key to return to the search suggestions. Use the up
and down arrow keys to select concepts related to your
query.</p></div><ul id="atvl-l" aria-labelledby="atvl-hdr"></ul><ul
id="atvl-r" aria-labelledby="atvl-hdr"></ul><a id="atvl-p" class="scroll-
h prev disabled" href="#" title="Scroll left" tabindex="-1"><s></s></a><a
id="atvl-n" class="scroll-h next disabled" href="#" title="Scroll right"
tabindex="-1"><s></s></a></div><div id="atlinks" class="hidden"><a
href="http://search.yahoo.com/preferences/preferences;_ylt=A0geu6KkoipL3Us
BubhXNyoA?page=search_assist&pref_done=http%3A%2F%2Fsearch.yahoo.com%
2Fsearch%3Fei%3DUTF-8%26p%3DBev%
2BStayart&.bcrumb=1e6k7i3CA/g">Settings</a></div></div></div></div></div>
<div class="ft"></div></form></div><div id="bd" role="document"><div
id="sidebar"><div class="hd"><div id="h-status" class="app sp"><h2
class="off-left">Search Pad</h2><div class="app-ico menu"><a id="h-status-
icon-link" class="ico-c" href="#"><s id="h-status-icon"
class="ico"></s><s class="ico-a"></s>Search Pad Options</a><div id="h-
status-menu" class="menu-bd hidden"><ul><li><a id="h-status-new"
```

```
href="#">New&hellip;</a></li><li><a id="h-status-open"
href="#">Open&hellip;</a></li><li class="h-enabled-only"><a id="h-status-
save" href="#">Save&hellip;</a></li><li class="h-enabled-only"><a id="h-
status-close" href="#">Close</a></li></ul><hr class="h-enabled-only"><h3
class="h-enabled-only">Recent Documents</h3><ul id="h-status-recent"
class="h-enabled-only"><li><em><a
href="https://login.yahoo.com/config/login?.pd=c%
3Dolq_tAyp2e48EO0kDrSGS1M-&.src=srchp&.done=http%3A%2F%2Fsearch.yahoo.com%
2Fsearch%3Fei%3DUTF-8%26p%3DBev%2BStayart">Please sign
in</a></em></a></ul><hr><h3>Search Pad</h3><ul><li><a id="h-status-off"
href="#">Turn Off</a><a id="h-status-on" href="#" class="hidden">Turn
On</a></li><li><a
href="http://search.yahoo.com/preferences/preferences;_ylt=A0geu6KKoipL3Us
BzbhXNyoA?page=search_pad&pref_done=http%3A%2F%2Fsearch.yahoo.com%
2Fsearch%3Fei%3DUTF-8%26p%3DBev%2BStayart%26fr%3DDyfp-t-
701&.bcrumb=1e6k7i3CA/g">Preferences</a></li><li><a
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsBzLhXNyoA/SIG=12amk0diq/EXP
=1261171748/**http%
3a//tools.search.yahoo.com/newsearch/searchpad.html">About</a></li></ul></
div></div><h3 class="app-lbl"><a id="h-status-title" href="#"><span id="h-
status-view" class="hidden"><strong>View Notes</strong> (<span id="h-
status-clicks"></span>)</span><span id="h-status-name">Search
Pad</span></a></h3></div><div id="safety-status" class="app safety"><h2
class="app-lbl"><a
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB0LhXNyoA/SIG=17gkbr5h1/EXP
=1261171748/**http%3a//search.yahoo.com/preferences/preferences%
3fpref_done=http%253A%252F%252Fsearch.yahoo.com%252Fsearch%253Fei%253DUTF-
8%2526p%253DBev%252BStayart%2526fr%253DDyfp-t-701%26.bcrumb=1e6k7i3CA/g%
26fr=yfp-t-701%23safesearch"><s class="ico"></s>SearchScan -
On</a></h2></div></div><div class="bd"><hr><h2 class="off-left">Search
Refiners</h2><h3 class="query"><span class="count"><strong
id="resultCount">1,620</strong> results for</span><br><span
class="query">Bev Stayart:</span></h3><ul><li class="flt"><a
href="http://search.yahoo.com/search;_ylt=A0geu6KKoipL3UsBu7hXNyoA?
fr2=showall&p=Bev+Stayart&ei=UTF-8&fr=yfp-t-701" class="ajax active"
beacon="http://rds.yahoo.com/b.gif;_ylt=A0geu6KKoipL3UsBu7hXNyoA"><span
class="ico flt all"><s></s></span>Show All</a></li><li class="flt
last"><a
href="http://search.yahoo.com/search;_ylt=A0geu6KKoipL3UsBurhXNyoA?
fr2=site&p=Bev+Stayart&ei=UTF-8&fr=yfp-t-701&vst=0&vs=linkedin.com"
class="ajax"
beacon="http://rds.yahoo.com/b.gif;_ylt=A0geu6KKoipL3UsBurhXNyoA"><span
class="ico flt"><img class="js"
__src="http://a.l.yimg.com/a/i/us/search/favicon/l/linkedin.com.png"
alt=""><noscript><img class="nojs"
src="http://a.l.yimg.com/a/i/us/search/favicon/l/linkedin.com.png"
alt=""></noscript></span>LinkedIn</a></li></ul></div></div><div
id="results"><div id="atat" class="alsotry msg"><h2 id="atath">Also
try:</h2><ul id="atatl"><li><a
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB0bhXNyoA/SIG=13skvnomm/EXP
=1261171748/**http%3a//search.yahoo.com/search%3fei=UTF-8%26fr=yfp-t-701%
26p=bev%2bstayart%2blevitra%26rs=0%26fr2=rs-top"><b>bev stayart
</b>levitra</a>,</li><li><a id="atatmore" href="#" title="See more
suggestions like this">More...</a></li></ul></div><div id="cols"><div
id="left"><div id="main"><div id="web" role="main"><h2>Search
results</h2><ol start="1"><li><div class="res"><div><h3><a class="yschttl
spt"
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB0rhXNyoA;_ylu=X3oDMTBybnZl
ZnRlBHNlYwNzcgRwb3MDMQRjb2xvA2FjMgR2dGlkAw--
/SIG=11hho4tud/EXP=1261171748/**http%
```

3a//bevstayart.gather.com/"><b>Bev</b> <b>Stayart</b> |
Gather</a></h3></div><div class="abstr"><b>Bev</b> <b>Stayart</b> is an
experienced genealogist with a special interest in Native American
ancestry. <b>...</b> <b>Bev</b> <b>Stayart</b> can trace her ancestors to
early Colonial America. <b>...</b></div><span
class=url><b>bevstayart.gather.com</b></span> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB07hXNyoA/SIG=16fg7nd8s/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=bevstayart.gather.com/%26w=bev%2bstayart%
26d=VTl1F929T2Bc%26icp=1%26.intl=us%26sig=VhZOAYb6Vzy6mByMaxCmrA--
">Cached</a></div></li><li><div class="res"><div><h3><a class="yschttl
spt"
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB1LhXNyoA/;_ylu=X3oDMTByMTNu
NTZzBHNlYwNzcgRwb3MDMgRjb2xvA2FjMgR2dGlkAw--
/SIG=11h0n1kik/EXP=1261171748/**http%
3a//bevstayart.emurse.com/"><b>Bev</b> <b>Stayart</b> 's Resume (Last
updated <wbr />August 10th 2009)</a></h3></div><div
class="abstr"><b>...</b> for <b>Bev</b> <b>Stayart</b> <b>...</b> To
learn more about <b>Bev</b> <b>Stayart</b> and her hobby of photography,
<b>...</b> <b>Bev</b> <b>Stayart</b> lives near Lake Geneva, Wisconsin,
which hosts many antique <b>...</b></div><span
class=url><b>bevstayart.emurse.com</b></span> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB1bhXNyoA/SIG=16fllbfl3/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=bevstayart.emurse.com/%26w=bev%2bstayart%
26d=Lkzc4d29T2qu%26icp=1%26.intl=us%26sig=p1FsUsFDiSSyd22jiKx_0Q--
">Cached</a></div></li><li><div class="res"><div><h3><a class="yschttl
spt"
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB1rhXNyoA/;_ylu=X3oDMTByamlq
aW9mBHNlYwNzcgRwb3MDMwRjb2xvA2FjMgR2dGlkAw--
/SIG=11m9ukini/EXP=1261171748/**http%
3a//www.visualcv.com/bevstayart"><b>Bev</b> <b>Stayart's</b> VisualCV -
<b>Bev</b> <b>Stayart</b></a></h3></div><div class="abstr"><b>Bev</b>
<b>Stayart</b> is an experienced genealogist with a special interest in
Native American ancestry. <b>...</b> To learn more about <b>Bev</b>
<b>Stayart</b> and her hobby of photography, <b>...</b></div><span
class=url>www.<b>visualcv.com</b>/b>/bevstayart</b></span> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB17hXNyoA/SIG=16kjmgpr6/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=www.visualcv.com/bevstayart%26w=bev%
2bstayart%26d=JKv_dt29T8rP%26icp=1%26.intl=us%
26sig=qgQZaISwXGDSaC8epbUNWg--">Cached</a></div></li><li><div
class="res"><div><h3><a class="yschttl spt"
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB2LhXNyoA/;_ylu=X3oDMTBybjFr
cjVnBHNlYwNzcgRwb3MDMwRjb2xvA2FjMgR2dGlkAw--
/SIG=12434vvms/EXP=1261171748/**http%3a//techdirt.com/blog.php%3ftag=bev%
2bstayart"><b>Bev</b> <b>Stayart</b> stories at
Techdirt.</a></h3></div><div class="abstr">stories filed
under: "<b>bev</b> <b>stayart</b>" Legal Issues. by Mike Masnick. Tue,
Sep <b>...</b> links could reasonably conclude that <b>Bev</b>
<b>Stayart</b> endorsed the products at issue. <b>...</b></div><span
class=url><b>techdirt.com</b>/blog.php?
tag=bev</b>+<wbr><b>stayart</b></span> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB2bhXNyoA/SIG=178uhae78/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=techdirt.com/blog.php%253Ftag%253Dbev%
2bstayart%26w=bev%2bstayart%26d=NUz1UN29T7ke%26icp=1%26.intl=us%
26sig=wi7p.Mma36ofk3JaLkdHRw--">Cached</a></div></li><li><div
class="res"><div><h3><a class="yschttl spt"
href="http://rds.yahoo.com/_ylt=A0geu6KKoipL3UsB2rhXNyoA/;_ylu=X3oDMTByMDhr