```
MzdqBHNlYwNzcgRwb3MDNQRjb2xvA2FjMgR2dGlkAw--
/SIG=11ogpabj4/EXP=1261171748/**http%
3a//bevstayart.businesscard2.com/">BusinessCard2.com | <b>Bev</b>
<b>Stayart</b> Elkhorn <wbr />WI 0</a></h3></div><div
class="abstr"><b>...</b> card. <b>Bev</b> <b>Stayart's</b> Card.
<b>Bev</b> <b>Stayart</b>. Additional Information <b>...</b> <b>Bev</b>
<b>Stayart's</b> Profile. Create your own BusinessCard2! © 2009 Workface
Inc. About. IP Notice <b>...</b></div><span
class=url><b>bevstayart.businesscard2.com</b></span> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB27hXNyoA/SIG=16m3ce3o7/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=bevstayart.businesscard2.com/%26w=bev%
2bstayart%26d=X6IZL929T2ug%26icp=1%26.intl=us%
26sig=quLXO56.miwN_9w8z6OW6Q--">Cached</a></div></li><li><div
class="res"><div><h3><a class="yschttl spt"
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB3LhXNyoA;_ylu=X3oDMTByc2Ft
NTRpBHNlYwNzcgRwb3MDNgRjb2xvA2FjMgR2dGlkAw--
/SIG=11hcqc5ta/EXP=1261171748/**http%3a//wink.com/p/Bev-
Stayart"><b>Bev</b> <b>Stayart</b> - Wink</a></h3></div><div
class="abstr">Profile of <b>Bev</b> <b>Stayart</b> on Wink. Wink is a
people search engine that helps users like <b>Bev</b> <b>Stayart</b> find
people on social networks and across the Web</div><span
class=url><b>wink.com</b>/p/<b>Bev</b>-<b>Stayart</b></span> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB3bhXNyoA/SIG=16fup6cna/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=wink.com/p/Bev-Stayart%26w=bev%2bstayart%
26d=PZLMG929T1zx%26icp=1%26.intl=us%26sig=UR9NFKp79Kv22MIaRyrUbw--
">Cached</a></div></li><li><div class="res"><div><h3><a class="yschttl
spt"
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB3rhXNyoA;_ylu=X3oDMTByYWky
Z2EwBHNlYwNzcgRwb3MDNwRjb2xvA2FjMgR2dGlkAw--
/SIG=11p9ofm7d/EXP=1261171748/**http%
3a//www.linkedin.com/in/bevstayart"><b>Bev</b> <b>Stayart</b> -
LinkedIn</a></h3></div><div class="abstr">View <b>Bev</b>
<b>Stayart's</b> professional profile on LinkedIn. <b>...</b> To learn
more about <b>Bev</b> <b>Stayart</b> and her genealogical research,
please visit www.saponitown.com. <b>...</b></div><span
class=url>www.<b>linkedin.com</b>/in/<b>bevstayart</b></span> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB37hXNyoA/SIG=16nuh0t9b/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=www.linkedin.com/in/bevstayart%26w=bev%
2bstayart%26d=Wfyhdd29T8VS%26icp=1%26.intl=us%
26sig=_8rvCyqTtZl0VceompCEHw--">Cached</a></div></li><li><div
class="res"><div><h3><a class="yschttl spt"
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB4LhXNyoA;_ylu=X3oDMTByZmU2
MmgwBHNlYwNzcgRwb3MDOARjb2xvA2FjMgR2dGlkAw--
/SIG=11sg1dsj7/EXP=1261171748/**http%
3a//www.naymz.com/bev_stayart_2459555">Mrs. <b>Bev</b> <b>Stayart</b> -
CFO and Director of <wbr />Business Development
<b>...</b></a></h3></div><div class="abstr">Mrs. <b>Bev</b>
<b>Stayart</b> - Want to learn about me? Read my profile here! <b>...</b>
In 2007, WFAD honored <b>Bev</b> <b>Stayart</b> with an Award recognizing
her contribution to <b>...</b></div><span
class=url>www.<b>naymz.com</b>/<wbr><b>bev</b>_<b>stayart</b>_2459555</spa
n> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB4bhXNyoA/SIG=1712mc09h/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=www.naymz.com/search/bev/stayart/2459555%
26w=bev%2bstayart%26d=Fgsg3d29T74P%26icp=1%26.intl=us%
26sig=NZ4nF.tDjO5QC8m_Yq7Kog--">Cached</a></div></li><div
```

Case 2:10-cv-00043-PJG   Filed 01/19/10   Page 1 of 6   Document 1-18

about:blank   Docketodystia.com   12/17/2009

```
class="res"><div><h3><a class="yschttl spt"
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB4rhXNyoA;_ylu=X3oDMTByZDQ4
OGhzBHNlYwNzcgRwb3MDOQRjb2xvA2FjMgR2dGlkAw--
/SIG=11jfvgscf/EXP=1261171748/**http%
3a//bigsight.org/bev_stayart">bigsight.org | <b>Bev</b> <b>Stayart</b> -
new to <wbr />bigsight - Elkhorn, Wisconsin</a></h3></div><div
class="abstr">bigsight.org profile for <b>Bev</b> <b>Stayart</b> -
Elkhorn, Wisconsin - new to bigsight <b>...</b> <b>Bev</b>
<b>Stayart's</b> hobbies include hiking, bicycling, wildlife watching,
photography, <b>...</b></div><span
class=url><b>bigsight.org</b>/<b>bev</b>_<b>stayart</b></span> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB47hXNyoA/SIG=16h3rpudf/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=bigsight.org/bev_stayart%26w=bev%2bstayart%
26d=bl449N29T9as%26icp=1%26.intl=us%26sig=uCs_cIKZEKVv30ey.Uvxuw--
">Cached</a></div></li><li><div class="res"><div><h3><a class="yschttl
spt"
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB5LhXNyoA;_ylu=X3oDMTBzdTNj
cXU5BHNlYwNzcgRwb3MDMTAEY29sbwNhYzIEdnRpZAM-
/SIG=11vfck0ej/EXP=1261171748/**http%3a//biznik.com/members/bev-
stayart/about"><b>Bev</b> <b>Stayart</b> - Elkhorn - Legal Services -
<wbr /> Biznik</a></h3></div><div class="abstr">Check out the Biznik
profile of <b>Bev</b> <b>Stayart</b> , a Legal Services in Elkhorn
<b>...</b> To learn more about <b>Bev</b> <b>Stayart</b> and her
genealogical research, please visit www. <b>...</b></div><span
class=url><b>biznik.com</b>/members/<wbr><b>bev</b>-
<b>stayart</b>/about</span> - <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB5bhXNyoA/SIG=16t7kuno0/EXP
=1261171748/**http%3a//74.6.239.67/search/cache%3fei=UTF-8%26p=Bev%
2bStayart%26fr=yfp-t-701%26u=biznik.com/members/bev-stayart/about%26w=bev%
2bstayart%26d=ddXzoN29T97t%26icp=1%26.intl=us%
26sig=14EHT.WBspeKxWMhcXuh3w--
">Cached</a></div></li></ol></div></div></div><div
id="right"></div></div><div class="alsotry msg bot"><h2>Also
try:</h2><ul><li><a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB5rhXNyoA/SIG=13v5ienug/EXP
=1261171748/**http%3a//search.yahoo.com/search%3fei=UTF-8%26fr=yfp-t-701%
26p=bev%2bstayart%2blevitra%26rs=0%26fr2=rs-bottom"><b>bev stayart
</b>levitra</a></li></ul></div><h2 class="off-left">More search
results</h2><div id="pg"><strong>1</strong> <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB57hXNyoA/SIG=153dv4rgu/EXP
=1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=11%26xa=F.8haFtkV018UO_I0WFnJw--
,1261171748" title="Results 11 - 20">2</a> <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB6LhXNyoA/SIG=153icjoah/EXP
=1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=21%26xa=vrhPWXWf8Qj1ha_bwsUOJg--
,1261171748" title="Results 21 - 30">3</a> <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB6bhXNyoA/SIG=153sl4ook/EXP
=1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=31%26xa=ze9R92fYopROIzbdut7yEQ--
,1261171748" title="Results 31 - 40">4</a> <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB6rhXNyoA/SIG=153468p74/EXP
=1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=41%26xa=DKNSQGoah4_2QhFiNCXt8A--
,1261171748" title="Results 41 - 50">5</a> <a
href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB67hXNyoA/SIG=153rf6bdu/EXP
=1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=51%26xa=ZOBDAaOPmy4EmnPjpIge8A--
,1261171748" title="Results 51 - 60">6</a> <a
```

```
        href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB7LhXNyoA/SIG=15368sqcb/EXP=
        1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
        8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=61%26xa=HwCCKaQEHfSB_mks3aRarw--
        ,1261171748" title="Results 61 - 70">7</a> <a
        href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB7bhXNyoA/SIG=153ncqlsq/EXP
        =1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
        8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=71%26xa=KHZYAJnK3C1ufFrZiuKi5g--
        ,1261171748" title="Results 71 - 80">8</a> <a
        href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB7rhXNyoA/SIG=1532qpfpv/EXP
        =1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
        8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=81%26xa=l_8xqeN1ZKHWB16yTybpcQ--
        ,1261171748" title="Results 81 - 90">9</a> <a
        href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB77hXNyoA/SIG=153sjo9dt/EXP
        =1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
        8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=91%26xa=lVZqtHcZb.7PVEbVCvNHBw--
        ,1261171748" title="Results 91 - 100">10</a> <a
        href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB8LhXNyoA/SIG=154anm3mb/EXP
        =1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
        8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=101%26xa=sG8HmZKbZXWN_mBD_v180A-
        -,1261171748" title="Results 101 - 110">11</a> <a id="pg-next"
        href="http://rds.yahoo.com/_ylt=A0geu6KkoipL3UsB8bhXNyoA/SIG=153dv4rgu/EXP
        =1261171748/**http%3a//search.yahoo.com/search%3fp=Bev%2bStayart%26ei=UTF-
        8%26fr=yfp-t-701%26xargs=0%26pstart=1%26b=11%26xa=F.8haFtkV018UO_I0WFnJw--
        ,1261171748">Next &gt;</a></div></div><div class="bdc"><form method="get"
        name="sB" id="sB"
        action="http://search.yahoo.com/search;_ylt=A0geu6KkoipL3UsB8rhXNyoA"
        accept-charset="utf-8"><div id="sbx-bot"><label for="yschsp-bot"
        class="off-left">Search query</label><input type="text" class="sbq"
        id="yschsp-bot" name="p" role="search" value="Bev Stayart"><input
        type="submit" class="sbb" value="Search"><input type="hidden" name="fr2"
        value="sb-bot"><input type="hidden" name="fr" value="yfp-t-
        701"></div></form><div class="promo-bot"><!-- SpaceID=2766679 loc=PRSCH
        noad-spid -->
3       </div></div></div><div id="ft" role="contentinfo"><p><span
        class="copyright">&copy; 2009 Yahoo!</span> <a
        href="http://help.yahoo.com/l/us/yahoo/search/">Help</a> - <a
        href="http://tools.search.yahoo.com/searchtour.html">Page Tour</a> - <a
        href="http://privacy.yahoo.com/">Privacy</a> / <a
        href="http://info.yahoo.com/legal/us/yahoo/utos/utos-173.html">Legal</a> -
         <a href="http://info.yahoo.com/relevantads/">About Our Ads</a> - <a
        href="http://search.yahoo.com/info/submit.html">Submit Your
        Site</a></p><p class="ssft">SearchScan displays McAfee alerts optimal for
        the Yahoo! Search user and does not include all McAfee SiteAdvisor red
        ratings.</p></div></div><!-- SpaceID=2766679 loc=FR001 noad -->
4       <script
        src="http://a.l.yimg.com/a/lib/s5/srp_metro_200910161223.js"></script><for
        m><input type="text" class="hidden" id="h-session"></form><script>yue.on
        (window,"load",function(){YS.Srp.tau=true;YS.Srp.init
        ({"enable_sidebar_collapse":false,"pvid":"VRmi0EgeuvkDhmSQSyf62QQrrWye_0sq
        oqQADkRv","url_img_progress":"http:\/\/a.l.yimg.com\/a\/i\/us\/sch\/gr4
        \/sp-progress2.gif"},{"aria_loading_results":"Retrieving search results.
        Please wait.","aria_results_loaded":"New search results have been
        retrieved. Press control shift and down arrow key to jump to the first
        search result. Press control shift and up arrow key to jump back to the
        search box.","common.expando.playvideo":"Play
        Video","common.expando.closevideo":"Close
        Video","common.results.error":"Sorry, there was a problem retrieving
        search results. Please try again.","common.results.loading":"Loading
        results...","srp.title":"%q - Yahoo! Search Results"});});yue.on
        (w,"load",function(){YS.SecureSearch.init({"css":"http:\/
```

```
\/a.l.yimg.com\/a\/lib\/s5
\/searchscan_metro_200909041053.css","js":"http:\/
\/a.l.yimg.com\/a\/lib\/s5\/ss_200911031204.js","strings":
{"ssstate":"\u003Cp\u003E\u003Cb\u003ESearchScan\u003C\/b\u003E\u003Csup\u
003EBETA \u003C\/sup\u003E helps protect you from viruses, spammy email,
and potentially damaging software by identifying websites that may harm
your computer.\u003C\/p\u003E\u003Cp\u003EWarnings will be displayed with
the following icon: \u003Cspan class=\u0022ssbang\u0022
\u003E\u003C\/span\u003E\u003C\/p\u003E\u003Cp\u003E\u003Ca
href=\u0022http:\/
\/rds.yahoo.com\/_ylt=A0geu6KkoipL3UsB_7hXNyoA\/SIG=12bka3st2
\/EXP=1261171748\/**http%3a\/
\/tools.search.yahoo.com\/newsearch\/searchscan.html\u0022\u003ELearn
More\u003C\/a\u003E\u003C\/p\u003E\u003Cp\u003E\u003Cspan
class=\u0022sschk\u0022
\u003E\u003C\/span\u003E\u003Cb\u003ESearchScan\u003C\/b\u003E\u003Csup\u0
03EBETA \u003C\/sup\u003E powered by \u003Cspan class=\u0022mcafee\u0022
\u003EMcAfee\u003C\/span\u003E\u003C\/p\u003E\u003Cp
class=\u0022ssdsc\u0022\u003ESearchScan displays McAfee alerts optimal
for the Yahoo! Search user and does not include all McAfee SiteAdvisor
red ratings.\u003C\/p\u003E"},"ssstate":"scan"});});yue.on
(w,'load',function(){setTimeout(function(){var L=LazyLoad;L.js
(['http://a.l.yimg.com/a/lib/s5/srp_metro_lazy_200911231246.js','http://a.
l.yimg.com/a/lib/s5/searchpad_core_metro_js_200911061221.js'],function()
{YS.Srp.Assist.init({"p":"Bev Stayart","r":[],"gp":{"q":"Bev Stayart","r":
[["bev stayart levitra","0"]],"i":null},"vp":{"q":"Bev Stayart","v":
[["antique cars","Bev Stayart \u0022antique cars\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBvLhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22antique+cars%22"],["Law
Offices","Bev Stayart \u0022Law Offices\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBvbhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22Law+Offices%22"],["CFO","Bev
Stayart CFO","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBvrhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+CFO"],["Business
Development","Bev Stayart \u0022Business Development\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBv7hXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22Business+Development%22"],
["Elkhorn, Wisconsin","Bev Stayart \u0022Elkhorn,
Wisconsin\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBwLhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22Elkhorn%2C+Wisconsin%22"],
["automotive industry","Bev Stayart \u0022automotive
industry\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBwbhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22automotive+industry%22"],
["benzworld","Bev Stayart benzworld","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBwrhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+benzworld"],["James Bowles","Bev
Stayart \u0022James Bowles\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBw7hXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22James+Bowles%22"],["Elkhorn,
```

WI","Bev Stayart \u0022Elkhorn, WI\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBxLhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22Elkhorn%2C+WI%22"],
["linkedin","Bev Stayart linkedin","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBxbhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+linkedin"],["World Farm","Bev
Stayart \u0022World Farm\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBxrhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22World+Farm%22"],["landscape
photography","Bev Stayart \u0022landscape photography\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBx7hXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22landscape+photography%22"],
["Farm Animals","Bev Stayart \u0022Farm Animals\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsByLhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22Farm+Animals%22"],
["wildlife","Bev Stayart wildlife","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBybhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+wildlife"],["billiards","Bev
Stayart billiards","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsByrhXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+billiards"],["United States","Bev
Stayart \u0022United States\u0022","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsBy7hXNyoA?fr2=sg-
rc\u0026sado=1\u0026ei=UTF-8\u0026fr=yfp-t-701
\u0026rp=Bev+Stayart\u0026p=Bev+Stayart+%22United+States%22"]]},"beac":
{"generic":"http:\/\/search.yahoo.com\/beacon\/assist?
csrcpvid=VRmi0EgeuvkDhmSQSyf62QQrrWye_0sqoqQADkRv\u0026frcode=yfp-t-701
\u0026ipc=us","sa-op":"http:\/
\/rds.yahoo.com\/b.gif;_ylt=A0geu6KkoipL3UsB87hXNyoA","sa-cl":"http:\/
\/rds.yahoo.com\/b.gif;_ylt=A0geu6KkoipL3UsB9LhXNyoA"},"gpls":["http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB9bhXNyoA","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB9rhXNyoA","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB97hXNyoA","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB.LhXNyoA","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB.bhXNyoA","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB.rhXNyoA","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB.7hXNyoA","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB_LhXNyoA","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB_bhXNyoA","http:\/
\/search.yahoo.com\/search;_ylt=A0geu6KkoipL3UsB_rhXNyoA"],"ss":2},
{"aria_available_suggestions":"Search suggestions are available, use up
and down arrows to review them.","aria_no_available_suggestions":"No
suggestions are available.","inputTitle":"Use the up and down arrow keys
to select suggestions.","linkTitle":"Search for #{q}"},"http:\/
\/sugg.us.search.yahoo.net\/gossip-us-sayt\/?
output=yjsonp\u0026nresults=10\u0026l=1\u0026command=#{q}");YS.Hermes.init
({"bcrumb":"1e6k7i3CA\/g","documentId":null,"enabled":true,"engaged":false
,"expires":1800,"loggedIn":false,"prompt":0,"science":true,"skey":"YikN8gm
__u.r4_ILeHA61Q--
","skey2":null,"ssid":"VRmi0EgeuvkDhmSQSyf62QQrrWye_0sqoqQADkRv","turnoff"
:false,"newtopic":"bev stayart"},{"core":{"aboutUrl":"http:\/
\/rds.yahoo.com\/_ylt=A0geu6KkoipL3UsBzLhXNyoA\/SIG=12amk0diq\/EXP=1261171
748\/**http%3a\/

\/tools.search.yahoo.com\/newsearch\/searchpad.html","ajaxParams":
{"fr":"yfp-t-701"},"appCssUrl":"http:\/\/a.l.yimg.com\/a\/lib\/s5
\/searchpad_app_metro_200908211422.css","appJsUrl":"http:\/
\/a.l.yimg.com\/a\/lib\/s5
\/searchpad_app_metro_200911201758.js","hideUI":false,"loginUrl":"https:\/
\/login.yahoo.com\/config\/login?.pd=c%3Dolq_tAyp2e48EO0kDrSGSlM-
\u0026.src=srchp\u0026.done=http%3A%2F%2Fsearch.yahoo.com%2Fsearch%3Fei%
3DUTF-8%26p%3DBev%2BStayart","prefsUrl":"http:\/
\/search.yahoo.com\/preferences\/preferences;_ylt=A0geu6KkoipL3UsBzbhXNyoA
?page=search_pad\u0026pref_done=http%3A%2F%2Fsearch.yahoo.com%2Fsearch%
3Fei%3DUTF-8%26p%3DBev%2BStayart%26fr%3Dyfp-t-701
\u0026.bcrumb=1e6k7i3CA\/g","appHtmlUrl":"\/ra","beaconUrl":"\/ra\/click",
"disableUrl":"\/ra\/disable","disengageUrl":"\/ra\/disengage","docInfoUrl"
:"\/ra\/docs","enableUrl":"\/ra\/enable","engageUrl":"\/ra\/engage","sessi
onInfoUrl":"\/ra\/session","switchUrl":"\/ra\/switch","abuseUrl":"http:\/
\/help.yahoo.com\/l\/us\/yahoo\/search\/abuse.html;_ylt=A0geu6KkoipL3UsBzr
hXNyoA","feedbackUrl":"http:\/
\/help.yahoo.com\/l\/us\/yahoo\/search\/searchpad.html;_ylt=A0geu6KkoipL3U
sBz7hXNyoA","loginGuiUrl":"https:\/\/login.yahoo.com\/config\/login?.pd=c%
3Dolq_tAyp2e48EO0kDrSGSlM-\u0026.src=srchp\u0026.done=http%3A%2F%
2Fsearch.yahoo.com%2Fsearch%3Fei%3DUTF-8%26p%3DBev%2BStayart%23sp%
3D","searchUrl":"http:\/\/search.yahoo.com\/search?ei=UTF-8\u0026fr=yfp-t-
701","abUrl":"ygsh\/ab.php","validateCaptchaUrl":"ygsh\/validcaptcha.php",
"alertImgUrl":"http:\/
\/a.l.yimg.com\/a\/i\/nt\/ic\/ut\/bsc\/alrt16_1.gif","prgImgUrl":"http:\/
\/a.l.yimg.com\/a\/i\/us\/sch\/gr4\/sp-
progress2.gif","delUrl":"\/ra\/delete","emailFormUrl":"\/ra\/eform","email
Url":"\/ra\/email","lookupUrl":"\/ra\/lookup","msgUrl":"\/ra\/dialog","new
Url":"\/ra\/new","openUrl":"\/ra\/open","printUrl":"\/ra\/print","publishU
rl":"\/ra\/publish","renameUrl":"\/ra\/rename","saveUrl":"\/ra\/save","thu
mbUrl":"\/ra\/thumbs"},"document":{"thumbNew":"http:\/
\/a.l.yimg.com\/a\/i\/us\/sch\/gr3\/note_prmpt.png","thumbNone":"http:\/
\/a.l.yimg.com\/a\/i\/us\/sch\/gr4\/h-
noimage_20081211.png","thumbText":"http:\/
\/a.l.yimg.com\/a\/i\/us\/sch\/gr4\/h-freenote_20081211.png"}},
{"hermes.connectError":"Sorry, an error occurred. Please reload the page
and try again.","hermes.dialog.confirmEnable":"Yahoo! Search Pad is
currently turned off. Would you like to turn it
on?","hermes.misc.draft":"draft","hermes.sessionContinue":"Your Search
Pad session will expire soon due to inactivity. Would you like to
continue taking notes?","hermes.status.docError":"Error refreshing
documents","hermes.status.noRecent":"No recent
documents","hermes.status.unsaved":"If you turn Search Pad off, you will
lose your unsaved changes. Are you sure you want to turn Search Pad
off?","hermes.untitled":"Untitled"});});},1);});</script></body></html><!-
- m155.search.ac2.yahoo.com compressed/chunked Thu Dec 17 13:29:08 PST
2009 -->

5