```
TRANSMISSION VERIFICATION REPORT

                                          TIME   : 12/18/2009 15:05
                                          NAME   : CLARK OFFICE SUPPLY
                                          FAX    : 262-723-4064
                                          TEL    :
                                          SER.#  : BROK5J356213


DATE,TIME           12/18  14:58
FAX NO./NAME        12024086399
DURATION            00:07:23
PAGE(S)             18
RESULT              OK
MODE                STANDARD
                    ECM
```