IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

BEVERLY STAYART, )
a/k/a BEV STAYART, )
an individual, )
                            Plaintiff, )
                                 )
              v.                 )   Case No. 10-C-0043
                                 )
YAHOO!, INC., )
a Delaware corporation, )
                            Defendant. )

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Beverly Stayart, a/k/a Bev Stayart, Plaintiff, furnishes the following list in compliance with General L.R. 83.9:

    (1)    Beverly Stayart, a/k/a Bev Stayart

    (2)    N/A

    (3)    Gregory Stayart
                N5577 Cobblestone Road
                Elkhorn, WI 53121-3820

January 19, 2010
Date