IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

BEVERLY STAYART, )
a/k/a/ BEV STAYART, )
an individual, )
                          )
           Plaintiff, )
                          )    Case No. 10-C-0043
      v.                     )
                          )
YAHOO!, INC., )
a Delaware corporation, )
                          )
           Defendant. )

**PLAINTIFF'S MOTION TO
EXTEND BRIEFING SCHEDULE**

       Plaintiff, BEVERLY STAYART, by her attorney, moves this court for entry of an order extending the current April 12, 2010 deadline for the filing of her response to the motion to dismiss filed by the Defendant herein, pursuant to Civil L. R. 7(b). In support of her motion, Plaintiff states as follows:

       1.      This action was filed on January 19, 2010.

       2.      This is an action for invasion of privacy under both the common law and statutory law of Wisconsin.

       3.      Defendant Yahoo!, Inc. has filed a motion to dismiss, attacking the sufficiency of Plaintiff's complaint.

       4.      Plaintiff must file her written response to this motion by April 12, 2010.

       5.      Defendant's motion to dismiss was filed on March 22, 2010.

       6.      Plaintiff's counsel is a sole practitioner and is presently engaged in the preparation of oral argument before the United States Court of Appeals for the Seventh

Circuit, Case No. 09-3379, <u>Beverly Stayart v. Yahoo!, Inc., et al.</u>  <u>See</u>, <u>Stayart v. Yahoo!, Inc.</u>, 651 F. Supp. 2d 873 (E.D. Wis. 2009).

7. Oral argument is scheduled for March 31, 2010.

8. The issues in the present case are related to the issues in that case, according to Yahoo's counsel in this case.  <u>See</u>, Document 8, filed March 19, 2010 in this cause.

9. Because of his involvement in the oral argument before the Seventh Circuit in Case No. 09-3379, Plaintiff's counsel will not be able to even begin his response to Yahoo's motion to dismiss prior to April 1, 2010.

10. Plaintiff's counsel will therefore be unable to complete his written response to Defendant's motion to dismiss by April 12, 2010, given his involvement in the related case before the Seventh Circuit.  Defendant's present motion raises complex legal issues involving the Internet.

11. Plaintiff's counsel requests an extension of time until <u>May 3, 2010</u> to file his written response to the motion to dismiss.

12. Plaintiff's counsel has not previously requested an extension of time for filing of his response to Defendant's motion to dismiss.

13. No prejudice will be suffered by Defendant if this request for an extension is granted.  The extension will not materially delay the setting of this matter for oral argument (in the event the court is inclined to grant same), nor will it materially delay the ultimate disposition of this case.

14. The present motion is not filed for purposes of delay or to harass the Defendant.

2
Case 2:10-cv-00043-LA   Filed 03/24/10   Page 2 of 4   Document 12

WHEREFORE, Plaintiff's counsel requests an extension of time until May 3, 2010 to file his response to Defendant's motion to dismiss.

                              BEVERLY STAYART

                              By /s/ Gregory A. Stayart
                                    Her Attorney

Gregory A. Stayart, Esq.
N5577 Cobblestone Road
Elkhorn, WI 53121-3820
(262)745-7395

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2010, I electronically filed the accompanying Plaintiff's Motion to Extend Briefing Schedule with the clerk of the court using the CM/ECF system, which will automatically send notification of such filing to:

        **Christian Genetski**
        christian@zwillgen.com

        /s/ Gregory A. Stayart